**Exhibit A**

Form **720X**
(Rev. January 2005)
Department of the Treasury
Internal Revenue Service

# Amended Quarterly Federal Excise Tax Return

▶ Use to correct liability reported on previously filed Forms 720.

OMB No. 1545-1759

**Type or Print**

Name
CELLCO PARTNERSHIP

Employer identification number
22-3372889

Number, street, and room or suite no.
ONE VERIZON PLACE

Telephone number (optional)

City or town, state, and ZIP code
ALPHARETTA, GA 30004

**1 Adjustments to Liability Reported on Previously Filed Forms 720**

| (a) Quarter ending | (b) IRS No. | (c) Tax | (d) Tax as originally reported on Form 720 or as previously adjusted | (e) Adjusted tax | (f) Change (decrease) or increase |
|---|---|---|---|---|---|
| 9/30/00 | 22 | COMMUNICATIONS TAX | 38,043,131.06 | 37,863,107.50 | (180,023.56) |
| 12/31/00 | 22 | COMMUNICATIONS TAX | 40,559,992.46 | 40,551,631.62 | (8,360.84) |
| 3/31/01 | 22 | COMMUNICATIONS TAX | 41,496,839.78 | 41,416,248.10 | (80,591.68) |
| 6/30/01 | 22 | COMMUNICATIONS TAX | 44,410,011.70 | 44,537,085.65 | 127,073.95 |
| 9/30/01 | 22 | COMMUNICATIONS TAX | 48,310,583.88 | 47,894,765.54 | (415,818.34) |

**2 Adjustments to Section 4051(d) Tire Credit**

| (a) Quarter ending | (b) CRN | (c) Credit | (d) Credit as originally reported on Form 720 or as previously adjusted | (e) Adjusted tire credit | (f) Change (decrease) or increase |
|---|---|---|---|---|---|
| | 366 | Section 4051(d) tire credit | | | 0.00 |
| | 366 | Section 4051(d) tire credit | | | 0.00 |

**3 Statement in Support of Adjustment.** For tax decreases only, indicate below the statement that applies to the adjustment.

a For IRS Nos. 22, 26, 28, or 27, check the box below.
☐ The claimant has repaid the amount of the tax to the person from whom it was collected or has obtained the consent of that person to the allowance of the adjustment.

b For all other IRS Nos. except for 98, 19, 29, 31, 30, 64, 51, 117, 20, 115, and 116, or if the tax was based on use for 71, 61, 79, and 101, check the box below.
☐ The claimant has not included the tax in the price of the article and has not collected the tax from the purchaser, has repaid the tax to the ultimate purchaser, or has attached the written consent of the ultimate purchaser to the allowance of the adjustment.

**4 Total adjustments.** Combine all amounts in column (f) for lines 1 and 2 and enter the amount here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** (557,720.47)

If the result is an increase, this is a **balance due** and must be paid with this return. Enclose a check or money order with Form 720X and make it payable to the "United States Treasury." Write on the check or money order: "Form 720X," your name, address, EIN, and the date Form 720X was signed. Complete line 6.

If the result is a decrease, this is an **overpayment**. Enter the amount in parentheses and complete lines 5 and 6.

**5** Check if you want the overpayment:
a ☒ Refunded to you.
b ☐ Applied to your next Form 720. Enter quarter ending date ▶ ____________
See Form 720 for how to apply your overpayment.

**6 Explanation of adjustments.** See the instructions for line 1 for requirements. Attach additional sheets with your name and EIN if more space is needed.

Correct liability to comply with our filing under the alternative method per IRS Regulation 40.6302(c)-3(e)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

▶ [signature] Signature | 9/22/05 Date | Vice President -Tax Title

Tom Tiscione
Type or print name below signature.

Form **8849** (Rev. February 2005)

Department of th[e Tr]easury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

| | |
|---|---|
| Name of claimant: Cellco Partnership | Employer identification number (EIN): 22-3372889 |
| Address (number, street, room or suite no.): 180 Washington Valley Road | Social security number (SSN): |
| City and state or province. If you have a foreign address, see page 2.: Bedminster, NJ | ZIP code: 07921 |
| Foreign country, if applicable. Do not abbreviate.: | Month claimant's income tax year ends: 12 |
| Daytime telephone number (optional): | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720),*** *Claims,* ***Form 4136,*** *Credit for Federal Tax Paid on Fuels,* ***Form 2290,*** *Heavy Highway Vehicle Use Tax Return, or* ***Form 730,*** *Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Assistant Sect'y — 9/22/05

Signature and title (if applicable) — Date

Thomas N. Tiscione

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Form **8849** (Rev. 2-2005)

ISA
STF FED8849F

**Schedule 6 (Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Cellco Partnership | 22-3372889 | $ 580,393.95 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 7/1/2000 Latest date ▶ 9/30/2000

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 Federal Excise Tax (Communication Services: IRC Section 4251) | $ 580,393.95 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See Attachments.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Name of Taxpayer: **Cellco . .rtnership**
FEIN: **22-3372889**
Form 8849 - Claim for Refund of Federal Excise Taxes

Claim Amount: $580,393.95

Quarter Ending: September 30, 2000

Cellco Partnership d/b/a Verizon Wireless (the "Taxpayer") is a general partnership formed under the laws of the state of Delaware. The Taxpayer's headquarters and principal place of business is in Bedminster, New Jersey. Its street address is 180 Washington Valley Road, Bedminster, NJ 07921.

The Taxpayer contends that federal communications excise tax was erroneously paid by Taxpayer with respect to its sale of prepaid wireless telecommunication service (the "Prepaid Service") to end-user customers ("Customers").

The Taxpayer seeks a refund of: (i) that portion of the federal excise tax that was reported by Taxpayer on Form 720 and paid by Taxpayer with respect to the sale of Prepaid Service to Customers for the quarter ending September 30, 2000; and (ii) statutory interest on such overpaid tax.

Jurisdictional Basis for Claim

The Taxpayer is the sole owner of the claim and it has not made an assignment or transfer of any part of the claim. This claim has been filed within three years of filing of the original Form 720. I.R.C. § 6511(a).

The Taxpayer bore the economic burden of the tax and has not collected the tax from the customer. Under the judicial amelioration exception to I.R.C. § 6415(a), the Taxpayer is not required to obtain the consent of the customer to the refund. *McGowan v. United States*, 296 F.2d 252 (5th Cir. 1961); *Gumpert v. United States*, 296 F.2d 927 (Ct. Cl. 1961); *Epstein v. United States*, 357 F.2d 928 (Ct. Cl. 1966); *United States v. Walker*, 234 F.2d 910 (5th Cir. 1956); TAM, PLR 92-07-001 (Feb. 14, 1992) (Air transportation tax).

Facts

The Taxpayer is principally engaged in the business of providing wireless voice services, which include the offering of both post-pay and prepaid wireless voice plans.

The Taxpayer sells Prepaid Services directly to end user customers through its own retail outlets, and sells Prepaid Services to resellers.

During the applicable period, the Taxpayer's Prepaid Service plan permitted a Customer to purchase, in advance, a fixed quantity (expressed in dollars) of wireless voice service to be provided by the Taxpayer. The customer's prepaid account would be activated on the first use of the Prepaid Services and would remain active until the earlier of the time that the customer has exhausted his prepaid balance or upon the expiration of the account life (60 days). The customer's prepaid account could be replenished at any time by making refill payments.

When the customer's prepaid account was active, the Taxpayer decremented the account for each minute of service used in the following amounts:

- In-Network Calling: $0.50 (for $30 purchase of prepaid services)
  $0.40 (for $50 purchase of prepaid services)
  $0.35 (for $75 purchase of prepaid services)
  $0.20 (for $150 purchase of prepaid services)

- Off-Network* Calling: $0.99 (for all prepaid service plans)

*Off-Network calling represent calls made or received while in the United States but incurred outside of the taxpayer's national prepay network area. The rate above was imposed without regard to the actual distance the call was carried.

The per-minute airtime charges above applied to both incoming and outgoing calls made to and from points in the United States while the customer was using Taxpayer's wireless voice service network and applied without regard to the actual distance the call is carried or the interstate or intrastate nature of the call.

Calls made to other countries were treated as international calls and in addition to the domestic per minute rates above were subject to additional fixed per minute rates. These rates were imposed without regard to the actual distance the call was carried.

**Claim 1**

None of the Prepaid Services is "local telephone service" within the meaning of such term as defined by I.R.C. § 4252(a). I.R.C. § 4252(a) defines "local telephone service" as "(1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system, and (2) any facility or service provided in connection with a service described in paragraph (1)." The plain meaning of "local" is "of, relating to, or characteristic of a particular place: not general or widespread."[1] By definition, a *local* telephone service cannot provide access to a regional or nationwide[2] calling area. "Local service plainly involves the telephone users' presence in, and their ability to make calls within, a limited geographic area."[3] The entire

[1] MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 2002), *available at* http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=local.
[2] *Fortis, Inc. v. U.S.*, 2004 W.L. 2085528, 2004-2 USTC ¶70,231, 2004 U.S. Dist. LEXIS 18686 at *51-52, (S.D.N.Y. 2004); *Office Max, Inc. v. U.S.*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004) (holding that the long distance service at issue does not meet a single requirement of the definition of local telephone service); *National Railroad Passenger Corporation v. U.S.*, 338 F.Supp.2d 22 (D.D.C. 2004); 2004 U.S. Dist. LEXIS 18907 at *20-21 (holding that "[i]t is inconceivable that Congress considered a nationwide telecommunications network to be local").
[3] *Fortis* at *51-52.

United States is not part of one "local telephone system."[4] Thus, wireless service plans that define the home service area to include the entire United States do not provide local telephone service within the meaning of I.R.C. § 4252(a). Even regional plans (which we stopped offering in July, 2001) generally provide the ability to make calls within an area that greatly exceeds an area that could properly be considered "local" within the generally accepted meaning of this term. Thus, monthly access charges for national and regional plans for Services do not come within the definition of local telephone service.

**Claim 2**

The Prepaid Services are voice-transmission services and therefore do not constitute "teletypewriter exchange service" as defined by I.R.C. § 4252(c).

**Claim 3**

The Prepaid Services are not "toll telephone service" within the meaning of I.R.C. § 4252(b)(1). I.R.C. § 4252(b)(1) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

The charges for the Prepaid Service did not vary by distance, but were instead charged at a flat per-minute rate that varied depending on whether the call was to a domestic or international location and, for domestic calls, depending on whether the end-user customer was placing or receiving a call in the area served by the Taxpayer's wireless voice service network. Because the "toll telephone service" definition requires that the charge for service vary by both the time and the distance of each individual communication, the Prepaid Services sold by the Taxpayer in exchange for per-minute charges do not constitute toll telephone service within the meaning of I.R.C. § 4252(b)(1).

**Claim 4**

The Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2). I.R.C. § 4252(b)(2) defines toll telephone service as "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located." As discussed above in Claim 1, there is no "local telephone system area" with respect to the Prepaid Service plans at issue, and therefore these plans do not provide service to points outside such an area. Furthermore, the Prepaid Service plans do not provide service in exchange for a "periodic charge" and do not provide "the privilege of an unlimited

---

[4] *Id.*

number of telephonic communications." Thus, the Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2).

**Prayer for Relief:**

For the reasons set forth above, Taxpayer respectfully requests a refund of communication excise tax in the amount stated above, plus any applicable interest

Cellco Partnership, d/b/a Verizon Wireless
EIN – 22-3372889
Claim for Refund – Federal Excise Tax
Quarter Ending: September 30, 2000

**Penalty of Perjury Statement**

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules, exhibits and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]

Thomas N. Tiscione

Assistant Secretary
Title

9/22/05
Date

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

► Type or print. ► See the separate instructions.

OMB No. 1545-0150
For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Cellco Partnership<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | | 22-3372889 |
| | Daytime telephone number (908) 306-7333 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Sidney J. Kelly<br>c/o Verizon Wireless, 180 Washington Valley Rd.<br>Bedminster, NJ 07921 | CAF No. 93-0053544R<br>Telephone No. (908) 306-7333<br>Fax No. (908) 306-7766<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Federal Communicarions Excise Tax | 720 | 2000 (Qtrs 1-4) |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** .................... ► ☐

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..............................

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ►

# National Prepay Wireless Service

## Wireless Your Way.




- No long-term contract
- No domestic long distance charges
- No credit check
- Easy to refill

veri onwireless




## Take Control with Prepay Wireless.

With Prepay Wireless Service, you decide how much you want to spend on your wireless calls right from the start. You never have to sign a long-term contract. You can forget about monthly fees and bills. And domestic long distance is included in the Verizon Wireless National Prepay rate area, so you can take your phone anywhere in the country. Plus, you enjoy the high-quality network and coverage that you expect from the leader in wireless service–Verizon Wireless.

IMPORTANT INFORMATION

Except as otherwise specifically provided in this Prepay Wireless Service guide, all terms and conditions and obligations of the Prepay Wireless Service Agreement shall govern the terms of your service and are incorporated herein by reference. If you do not agree to the terms of the Prepay Wireless Service Agreement, do not initialize or use your Prepay Wireless Service card and return it within 15 days of purchase with original sales receipt. No refunds will be granted after 15 days or if the card has been initialized. The Prepay Wireless card is not valid unless initialized by the date on the back of the card. Once initialized, the card expires in 60 days. Your wireless number will be forfeited after the 60-day expiration period.

Verizon Wireless will suspend service when your Prepay Wireless account reaches the expiration date. The unused portion will be forfeited. Voice Mail deposits and retrievals will be billed at regular airtime rates and will deplete minute allowance. Customer must replenish account by providing Verizon Wireless with another payment. Verizon Wireless reserves the right to terminate such service if the account contains a $0 balance, at which time up to a $35 account set-up fee may apply.

Roaming calls can be made within the Verizon Wireless service areas by dialing direct. Prepay subscribers must switch to the Verizon Wireless network to take advantage of the reduced rates. Roaming may not be available in areas outside the Verizon Wireless network. Service can only be used with tri-mode phones that have been programmed for Prepay Wireless Service. Up to a $35 account set-up fee may apply.

Toll- and airtime-free numbers are *911 and *611. Service limitations apply to Caller ID. To block the transmission of your number and name, *67 may be used. Airtime charges apply to Voice Mail and other features. No charge for busy or unanswered calls on the Verizon Wireless network. Each partial minute of airtime is billed as a full minute, so that credits will be depleted in full minute increments. Charges for calls that connect begin when you press "SEND" and end when the call disconnects from the system. This may be a few seconds after pressing the "END" key or otherwise ending the call.

Verizon Wireless calling area, rates, agreement provisions, business practices, procedures and policies are subject to change as specified in the Prepay Wireless Service Agreement. Our liability is significantly limited. Please read and understand the Prepay Wireless Service Agreement before activating or using your phone.




Purchase additional Prepay cards
at Verizon Wireless Communications Stores
and other participating locations.

# Verizon Wireless National Prepay Network Rate Area

The following cities and their surrounding areas are included in the Verizon Wireless National Prepay Network Rate Area.

**Alabama**
Anniston
Birmingham
Florence
Gadsden
Huntsville
Mobile
Tuscaloosa

**Arizona**
Black Canyon City
Flagstaff
Gila Bend
Parker
Phoenix Metro
Prescott
Quartzsite
Seligman
Tucson Metro
Wickenburg
Williams
Yuma

**California**
Bakersfield
Chico
Fresno
Hollister
Los Angeles
Madera
Mendocino
Merced
Modesto
Mono
Monterey
Oakhurst
Oakland
Orange
Palm Springs
Pleasanton
Porterville
Redding
Riverside
Sacramento
Salinas
San Bernardino
San Diego
San Francisco
Santa Barbara
San Jose
San Luis Obispo
Santa Clara
Stockton
Ukiah
Ventura
Visalia

**Colorado**
Boulder
Breckenridge
Colorado Springs
Denver
Ft. Collins
Ft. Lupton
Grand Junction
Greeley
Longmont
Loveland
Vail

**Connecticut**
Bridgeport
Danbury
Hartford
Meriden
New Britain
New Haven
New London
Norwich
Stamford

**Delaware**
Dover
Rehoboth Beach
Seaford
Wilmington

**District of Columbia**
Washington

**Florida**
Boca Raton
Bradenton
Clearwater
Daytona
Ft. Lauderdale
Ft. Myers
Gainesville
Jacksonville
Key West
Lakeland
Melbourne
Miami
Naples
Ocala
Orlando
St. Petersburg
Sarasota
Stuart
Tallahassee
Tampa
West Palm Beach

**Georgia**
Athens
Atlanta
Gainesville
Madison
Rome

**Idaho**
Boise
Coeur d'Alene
Emmett
Horseshoe Bend
McCall
Meridian
Nampa
Payette
Salmon
Sun Valley
Weiser

**Illinois**
Aurora
Chicago
Chicago Heights
Des Plaines
Elmhurst
Evanston
Joliet
Morris
Oak Park
St. Charles
Waukegan
Woodstock

**Indiana**
Anderson
Bloomington
Evansville
Ft. Wayne
Gary
Hammond
Indianapolis
Kokomo
Lafayette
La Porte
Lowell
Michigan City
Muncie
Terre Haute
Valparaiso

**Iowa**
Ames
Atlantic
Boone
Casey
Clarion
Council Bluffs
Davis City
Des Moines
Ellsworth
Ft. Dodge
Griswold
Humboldt
Massena
Osceola
Webster City

**Kansas**
Kansas City
Lawrence
Topeka
Wichita

**Kentucky**
Frankfort
Hopkinsville
Lexington
Louisville
Owensboro
Paducah

**Louisiana**
Baton Rouge
Covington
Hammond
Kenner
Mandeville
Metairie
New Orleans
Slidell

**Maine**
Auburn
Bath
Brunswick
Portland

**Maryland**
Annapolis
Baltimore
Elkton
Frederick
Gaithersburg
Leonardtown
Rockville
Taneytown
Waldorf

**Massachusetts**
Boston
Hyannis
Lowell
New Bedford
Plymouth
Provincetown
Springfield
Worcester

**Michigan**
Ann Arbor
Bay City
Detroit
Flint
Grand Rapids
Lansing
Monroe
Muskegon
Saginaw

**Minnesota**
Duluth
Minneapolis
St. Paul
Stillwater

**Mississippi**
Bay St. Louis
Biloxi
Gulfport
Pascagoula

**Missouri**
Cape Girardeau
Fulton
Kansas City
Rolla
St. Joseph
St. Louis

In these areas you will be charged the Verizon Wireless National Prepay rates. When outside these areas, calls will be billed the off-network rate of $0.99 per minute. You will be notified when you are charged the off-network rate by a message indicating "you will incur additional charges for this call" prior to your call connecting. Actual coverage may vary and may be affected by topography and other atmospheric factors.

# Área de Tarifa en la Red de Pre-pago de Verizon Wireless



**Nebraska**
Omaha

**Nevada**
Las Vegas Metro

**New Jersey**
Atlantic City
Clinton
Eatontown
Edison
Englewood
Flemington
Freehold
Fort Lee
Hackensack
Jersey City
Lodi
Mahwah
Middletown
Morristown
Newark
New Brunswick
Paterson
Phillipsburg
Piscataway
Princeton
Trenton
Vineland
Wayne
West Long Branch

**New Hampshire**
Concord
Laconia
Manchester
Nashua
Portsmouth

**New Mexico**
Albuquerque Metro
Espanola
Gallup
Grants
Los Alamos
Santa Fe
Taos

**New York**
Albany
Binghamton
Buffalo
Ithaca
New York Metro Area
Plattsburgh
Port Jervis
Rochester
Syracuse
Utica
Watertown

**North Carolina**
Asheville
Charlotte
Fayetteville
Greensboro
Hickory
Raleigh-Durham
Shelby
Winston-Salem
Waynesville

**North Dakota**
Fargo
Grand Forks

**Ohio**
Akron
Canton
Cincinnati
Cleveland
Columbus
Dayton
Lima
Mansfield
Springfield
Toledo

**Oregon**
Albany
Astoria
Corvallis
Florence
Lebanon
Lincoln City
McMinville
Newburg
Newport
Portland
Salem
St. Helens
Eugene

**Pennsylvania**
Allentown
DuBois
Erie
New Castle
Reading
Philadelphia
Pittsburgh

**Rhode Island**
Cranston
Newport
Pawtucket
Providence
Warwick
Woonsocket

**South Carolina**
Charleston
Columbia
Greenville
Hilton Head
Lancaster

**Tennessee**
Chattanooga
Clarksville
Cleveland
Columbia
Cookeville
Crossville
Dickson
Dyersburg
Fayetteville
Jackson
Knoxville
Lawrenceburg
McMinnville
Memphis
Murfreesboro
Nashville
Oak Ridge
Shelbyville
Tri-Cities
Tullahoma

**Texas**
Austin
Beaumont
Brownsville
Bryan/College Station
Corpus Christi
Dallas
Denison
Ft. Worth
Galveston
Harlingen
Houston
McAllen
San Antonio
Sherman
Victoria
Temple
Waco

**Utah**
Brigham City
Herber City
Kaysville
Logan
Morgan
Ogden
Park City
Provo
Salt Lake City

**Vermont**
Burlington
Montpelier
Rutland

**Virginia**
Alexandria
Danville
Fairfax
Fredericksburg
Norfolk
Reston
Richmond
Roanoke
Woodbridge

**Washington**
Arlington
Bellevue
Bellingham
Bremerton
Everett
Friday Harbor
Mt. Vernon
Oak Harbor
Olympia
Port Angeles
Port Townsend
Seattle
Silverdale
Spokane
Tacoma
Wenatchee

**West Virginia**
Ripley
Weston

**Wisconsin**
Appleton
Beloit
Fond Du Lac
Green Bay
Janesville
Kenosha
Lake Geneva
Madison
Manitowoc
Milwaukee
Oshkosh
Racine
Sheboygan
Waukesha
Wisconsin Dells

**Wyoming**
Casper
Cheyenne
Douglas
Laramie
Lusk
Torrington
Wheatland

En estas áreas se le cobrará la tarifa de Servicio Verizon Pre-pago Nacional. Fuera de estas áreas, las llamadas costarán $0.99 por minuto, la tarifa que se cobra fuera de la red de servicio. Cuando se le vaya a cobrar tal tarifa, escuchará un mensaje que dirá "se le cobrará adicionalmente por esta llamada" antes de que conecte. La cobertura actual puede variar y ser afectada por cuestiones de topografía y otras conexiones atmosféricas.

Form **8849** (Rev. February 2005)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: Cellco Partnership

Employer identification number (EIN): 22-3372889

Address (number, street, room or suite no.): 180 Washington Valley Road

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: Bedminster, NJ

ZIP code: 07921

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or* ***Form 730****, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | X |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Assistant Sect'y | 9/22/05

Signature and title (if applicable) | Date

Thomas N. Tiscione

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Form **8849** (Rev. 2-2005)

ISA
STF FED8849F

**Schedule 6 (Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Cellco Partnership | 22-3372889 | $ 810,395.89 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 7/1/2000 Latest date ▶ 9/30/2000

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 Federal Excise Tax (Communication Services: IRC Section 4251) | $ 810,395.89 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See Attachments.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Name of Taxpayer: **Cellco I... tnership**
FEIN: **22-3372889**
Form 8849 - Claim for Refund of Federal Excise Taxes

Claim Amount: $810,395.89

Quarter Ending: September 30, 2000

Cellco Partnership d/b/a Verizon Wireless (the "Taxpayer") is a general partnership formed under the laws of the state of Delaware. The Taxpayer's headquarters and principal place of business is in Bedminster, New Jersey. Its street address is 180 Washington Valley Road, Bedminster, NJ 07921.

The Taxpayer contends that federal communications excise tax was erroneously paid on the sale of prepaid wireless telecommunication service (the "Prepaid Service") by the Taxpayer to the persons (the "Agents") listed in Exhibit A. Each Agent is a person that is not a "carrier" as such term is defined in 47 U.S.C. § 153, and the sales of the Prepaid Service to the Agent were made for the purpose of resale.

The payments for Prepaid Service and the related federal excise tax payments at issue are summarized on the chart attached hereto as Exhibit A.

The Taxpayer seeks a refund of: (i) that portion of the federal excise tax that was reported by Taxpayer on Form 720 and paid by Taxpayer with respect to the sale of Prepaid Service to the Agents for the quarter ending September 30, 2000; and (ii) statutory interest on such overpaid tax.

Jurisdictional Basis for Claim

The Taxpayer is the sole owner of the claim and it has not made an assignment or transfer of any part of the claim. This claim has been filed within three years of filing of the original Form 720. I.R.C. § 6511(a).

The Taxpayer bore the economic burden of the tax and therefore, under the judicial amelioration exception, the Taxpayer is not required to obtain the consent of the Agent to the refund. *McGowan v. United States*, 296 F.2d 252 (5th Cir. 1961); *Gumpert v. United States*, 296 F.2d 927 (Ct. Cl. 1961); *Epstein v. United States*, 357 F.2d 928 (Ct. Cl. 1966); *United States v. Walker*, 234 F.2d 910 (5th Cir. 1956); TAM, PLR 92-07-001 (Feb. 14, 1992) (Air transportation tax).

For purpose of the avoidance of doubt with respect to the Taxpayer's entitlement to pursue this claim for refund pursuant to I.R.C. § 6415(a), should consent of the Agents be required, Rev. Rul. 69-508, 1969-2 C.B. 262 (Communications excise tax), allows any necessary consents to be obtained after this claim is filed with the Service. *International Business Machines Corp. v. United States*, 343 F2d 914 (1965) (Manufacturers excise tax).

Name of Taxpayer: **Cellco . tnership**
FEIN: **22-3372889**
Form 8849 - Claim for Refund of Federal Excise Taxes

Facts

The Taxpayer is principally engaged in the business of providing wireless voice services, which include the offering of both post-pay and prepaid wireless voice plans.

The Taxpayer sells Prepaid Services directly to end user customers through its own retail outlets, and also sells Prepaid Services to resellers such as the Agents.

During the applicable period, the Taxpayer's Prepaid Service plan permitted an end-user customer to purchase, in advance, a fixed quantity (expressed in dollars) of wireless voice service to be provided by the Taxpayer. The customer's prepaid account would be activated on the first use of the Prepaid Services and would remain active until the earlier of the time that the customer has exhausted his prepaid balance or upon the expiration of the account life (60 days). The customer's prepaid account could be replenished at any time by making refill payments.

When the customer's prepaid account was active, the Taxpayer decremented the account for each minute of service used in the following amounts:

- In-Network Calling: $0.50 (for $30 purchase of prepaid services)
  $0.40 (for $50 purchase of prepaid services)
  $0.35 (for $75 purchase of prepaid services)
  $0.20 (for $150 purchase of prepaid services)

- Off-Network* Calling: $0.99 (for all prepaid service plans)

  *Off-Network calling represent calls made or received while in the United States but incurred outside of the taxpayer's national prepay network area. The rate shown above is imposed without regard to the actual distance the call was carried.

The per-minute airtime charges above applied to both incoming and outgoing calls made to and from points in the United States while the customer was using Taxpayer's wireless voice service network and applied without regard to the actual distance the call is carried or the interstate or intrastate nature of the call.

Calls made to other countries were treated as international calls and in addition to the domestic per minute rates above were subject to additional fixed per minute rates. These rates were imposed without regard to the actual distance the call was carried.

**Claim 1**

None of the Prepaid Services is "local telephone service" within the meaning of such term as defined by I.R.C. § 4252(a). I.R.C. § 4252(a) defines "local telephone service" as "(1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone

stations constituting a part of such local telephone system, and (2) any facility or service provided in connection with a service described in paragraph (1)." The plain meaning of "local" is "of, relating to, or characteristic of a particular place: not general or widespread."[1] By definition, a *local* telephone service cannot provide access to a regional or nationwide[2] calling area. "Local service plainly involves the telephone users' presence in, and their ability to make calls within, a limited geographic area."[3] The entire United States is not part of one "local telephone system."[4] Thus, wireless service plans that define the home service area to include the entire United States do not provide local telephone service within the meaning of I.R.C. § 4252(a). Even regional plans, which we offered until July 2001, generally provide the ability to make calls within an area that greatly exceeds an area that could properly be considered "local" within the generally accepted meaning of this term. Thus, monthly access charges for national and regional plans for Services do not come within the definition of local telephone service.

**Claim 2**

The Prepaid Services are voice-transmission services and therefore do not constitute "teletypewriter exchange service" as defined by I.R.C. § 4252(c).

**Claim 3**

The Prepaid Services are not "toll telephone service" within the meaning of I.R.C. § 4252(b)(1). I.R.C. § 4252(b)(1) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

The charges for the Prepaid Service did not vary by distance, but were instead charged at a flat per-minute rate that varied depending on whether the call was to a domestic or international location and, for domestic calls, depending on whether the end-user customer was placing or receiving a call in the area served by the Taxpayer's wireless voice service network. Because the "toll telephone service" definition requires that the charge for service vary by both the time and the distance of each individual communication, the Prepaid Services sold by the Taxpayer in exchange for per-minute charges do not constitute toll telephone service within the meaning of I.R.C. § 4252(b)(1).

---

[1] MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 2002), *available at* http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=local.
[2] *Fortis, Inc. v. U.S.*, 2004 W.L. 2085528, 2004-2 USTC ¶70,231, 2004 U.S. Dist. LEXIS 18686 at *51-52, (S.D.N.Y. 2004); *Office Max, Inc. v. U.S.*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004) (holding that the long distance service at issue does not meet a single requirement of the definition of local telephone service); *National Railroad Passenger Corporation v. U.S.*, 338 F.Supp.2d 22 (D.D.C. 2004); 2004 U.S. Dist. LEXIS 18907 at *20-21 (holding that "[i]t is inconceivable that Congress considered a nationwide telecommunications network to be local").
[3] *Fortis* at *51-52.
[4] *Id.*

**Claim 4**

The Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2). I.R.C. § 4252(b)(2) defines toll telephone service as "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located." As discussed above in Claim 1, there is no "local telephone system area" with respect to the Prepaid Service plans at issue, and therefore these plans do not provide service to points outside such an area. Furthermore, the Prepaid Service plans do not provide service in exchange for a "periodic charge" and do not provide "the privilege of an unlimited number of telephonic communications." Thus, the Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2).

**Prayer for Relief:**

For the reasons set forth above, Taxpayer respectfully requests a refund of communication excise tax in the amount stated above, plus any applicable interest.

Cellco Partnership, d/b/a Verizon Wireless
EIN – 22-3372889
Claim for Refund – Federal Excise Tax
Quarter Ending: September 30, 2000

**Penalty of Perjury Statement**

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules, exhibits and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Thomas N. Tiscione

Assistant Secretary
Title

9/22/05
Date

Form **2848**
(Rev. March 2004)
Department of the Treasury
Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Cellco Partnership<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | | 22-3372889 |
| | Daytime telephone number (908) 306-7333 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Sidney J. Kelly<br>c/o Verizon Wireless, 180 Washington Valley Rd.<br>Bedminster, NJ 07921 | CAF No. 93-0053544R<br>Telephone No. (908) 306-7333<br>Fax No. (908) 306-7766<br>Check if new: Address ☐ Telephone No: ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Federal Communicarions Excise Tax | 720 | 2000 (Qtrs 1-4) |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box .... ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box .... ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here .... ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 9/22/05 | Assistant Secretary |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| Thomas N. Tiscione | 13577 | Cellco Partnership d/b/a Verizon Wireless |

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

| Print Name | PIN Number | |
|---|---|---|
| | | |

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer — a bona fide officer of the taxpayer's organization.
e Full-Time Employee — a full-time employee of the taxpayer.
f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer — the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation — Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | PA | Sidney J Kelly | 9/12/05 |
| | | | |
| | | | |

Form **2848** (Rev. January 2002) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ____________
Telephone ____________
Function ____________
Date / /

**Part I** Power of Attorney (Type or print.)

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| CELLCO PARTNERSHIP<br>d/b/a Verizon Wireless<br>180 WASHINGTON VALLEY ROAD ATTN: TAX<br>BEDMINSTER NJ 07921 | | 22-3372889 |
| | Daytime telephone number<br>908-306-7000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Paul J. Stress CPA C/O Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | CAF No. 2605-40223R<br>Telephone No. 908-306-6830<br>Fax No. 908-306-7873<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____________<br>Telephone No. ____________<br>Fax No. ____________<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____________<br>Telephone No. ____________<br>Fax No. ____________<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Employment, Information & CVL PEN | 940, 941 & 1099 | 2000,2001,2002,2003 |
| Excise | 720 | 2000,2001,2002,2003 |
| Income | 1065 | 2000,2001,2002,2003 |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for **Line 5. Acts authorized.**

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ____________

____________________________________________

____________________________________________

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ____________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box . . . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . . . ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| | | |
|---|---|---|
| [signature] | 8/20/04 | Asst Sec & VP Tax |
| Signature | Date | Title (if applicable) |
| Thomas Tiscione | | |
| Print Name | | |
| | | |
| Signature | Date | Title (if applicable) |
| | | |
| Print Name | | |

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:
  - a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
  - b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  - c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  - d Officer — a bona fide officer of the taxpayer's organization.
  - e Full-Time Employee — a full-time employee of the taxpayer.
  - f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  - g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
  - h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| b | PA | [signature] | 8/20/4 |
| | | | |
| | | | |

# National Prepay Wireless Service

## Wireless Your Way.




- No long-term contract
- No domestic long distance charges
- No credit check
- Easy to refill

veri onwireless



Take Control with
Prepay Wireless.

With Prepay Wireless Service, you decide how much you want to spend on your wireless calls right from the start. You never have to sign a long-term contract. You can forget about monthly fees and bills. And domestic long distance is included in the Verizon Wireless National Prepay rate area, so you can take your phone anywhere in the country. Plus, you enjoy the high-quality network and coverage that you expect from the leader in wireless service—Verizon Wireless.

## Wireless Made Simple

Getting started with National Prepay Wireless Service couldn't be easier. It's the simple choice that delivers all the benefits of wireless calling with none of the hassles – no credit check, no long-term contract and no monthly fees. As your personal calling needs change, you simply purchase as much as you need on your Prepay card.

## Smart

Prepay Wireless Service automatically tells you how much time you have left to talk each time you place a call. And when you're running out of minutes, you'll hear a reminder tone four minutes before they expire. This tone will be repeated every minute thereafter, so you'll have time to end your call.

## Predictable

You'll know exactly what your costs will be – with no surprises. And because you purchase airtime minutes up front, you will never receive a wireless phone bill.

## Flexible

Prepay Wireless Service offers convenience and flexibility and makes your wireless costs easy to control. Enhanced services such as Voice Mail, Call Waiting and Caller ID† are even included at no extra charge.




† Not available in all areas.

## National Prepay Wireless Rates

| Pay | $30 | $50 | $75 | $150 |
|---|---|---|---|---|
| Talk* | 60 minutes | 125 minutes | 214 minutes | 750 minutes |
| Price Per Minute | 50¢ | 40¢ | 35¢ | 20¢ |
| Off-Network Per Minute Rate | 99¢ | 99¢ | 99¢ | 99¢ |
| Expiration (once initialized) | 60 days | 60 days | 60 days | 60 days |

*Talk time is an approximation based on usage on the Verizon Wireless network. Off-network calls will be billed at 99¢ per minute. Other charges will also decrease minutes.

### To Add More Prepay Minutes:

Visit a Verizon Wireless Communications Store, any other participating location, or our online store at www.verizonwireless.com, and simply buy and initialize another Prepay card.

Per-minute rates on the Verizon Wireless National Prepay Plan include roaming in all Verizon Wireless network cities and domestic long distance charges.

An account set-up fee of up to $35 may apply.

To carry your airtime minutes forward, simply buy and initialize another card before the expiration date.

Voice Mail deposits and retrievals are billed at regular airtime rates and will deplete minute allowance. If a caller reaches or leaves a message on your Voice Mail, it will deplete your minutes even if Voice Mail has not been activated.

International rate information is available by calling 1-877-777-7324.

411 Connect[sm] is available at up to 99¢ surcharge per call plus airtime.

IMPORTANT INFORMATION

Except as otherwise specifically provided in this Prepay Wireless Service guide, all terms and conditions and obligations of the Prepay Wireless Service Agreement shall govern the terms of your service and are incorporated herein by reference. If you do not agree to the terms of the Prepay Wireless Service Agreement, do not initialize or use your Prepay Wireless Service card and return it within 15 days of purchase with original sales receipt. No refunds will be granted after 15 days or if the card has been initialized. The Prepay Wireless card is not valid unless initialized by the date on the back of the card. Once initialized, the card expires in 60 days. Your wireless number will be forfeited after the 60-day expiration period.

Verizon Wireless will suspend service when your Prepay Wireless account reaches the expiration date. The unused portion will be forfeited. Voice Mail deposits and retrievals will be billed at regular airtime rates and will deplete minute allowance. Customer must replenish account by providing Verizon Wireless with another payment. Verizon Wireless reserves the right to terminate such service if the account contains a $0 balance, at which time up to a $35 account set-up fee may apply.

Roaming calls can be made within the Verizon Wireless service areas by dialing direct. Prepay subscribers must switch to the Verizon Wireless network to take advantage of the reduced rates. Roaming may not be available in areas outside the Verizon Wireless network. Service can only be used with tri-mode phones that have been programmed for Prepay Wireless Service. Up to a $35 account set-up fee may apply.

Toll- and airtime-free numbers are *911 and *611. Service limitations apply to Caller ID. To block the transmission of your number and name, *67 may be used. Airtime charges apply to Voice Mail and other features. No charge for busy or unanswered calls on the Verizon Wireless network. Each partial minute of airtime is billed as a full minute, so that credits will be depleted in full minute increments. Charges for calls that connect begin when you press "SEND" and end when the call disconnects from the system. This may be a few seconds after pressing the "END" key or otherwise ending the call.

Verizon Wireless calling area, rates, agreement provisions, business practices, procedures and policies are subject to change as specified in the Prepay Wireless Service Agreement. Our liability is significantly limited. Please read and understand the Prepay Wireless Service Agreement before activating or using your phone.




Purchase additional Prepay cards
at Verizon Wireless Communications Stores
and other participating locations.

# Verizon Wireless National Prepay Network Rate Area

The following cities and their surrounding areas are included in the Verizon Wireless National Prepay Network Rate Area.

**Alabama**
Anniston
Birmingham
Florence
Gadsden
Huntsville
Mobile
Tuscaloosa

**Arizona**
Black Canyon City
Flagstaff
Gila Bend
Parker
Phoenix Metro
Prescott
Quartzsite
Seligman
Tucson Metro
Wickenburg
Williams
Yuma

**California**
Bakersfield
Chico
Fresno
Hollister
Los Angeles
Madera
Mendocino
Merced
Modesto
Mono
Monterey
Oakhurst
Oakland
Orange
Palm Springs
Pleasanton
Porterville
Redding
Riverside
Sacramento
Salinas
San Bernardino
San Diego
San Francisco
Santa Barbara
San Jose
San Luis Obispo
Santa Clara
Stockton
Ukiah
Ventura
Visalia

**Colorado**
Boulder
Breckenridge
Colorado Springs
Denver
Ft. Collins
Ft. Lupton
Grand Junction
Greeley
Longmont
Loveland
Vail

**Connecticut**
Bridgeport
Danbury
Hartford
Meriden
New Britain
New Haven
New London
Norwich
Stamford

**Delaware**
Dover
Rehoboth Beach
Seaford
Wilmington

**District of Columbia**
Washington

**Florida**
Boca Raton
Bradenton
Clearwater
Daytona
Ft. Lauderdale
Ft. Myers
Gainesville
Jacksonville
Key West
Lakeland
Melbourne
Miami
Naples
Ocala
Orlando
St. Petersburg
Sarasota
Stuart
Tallahassee
Tampa
West Palm Beach

**Georgia**
Athens
Atlanta
Gainesville
Madison
Rome

**Idaho**
Boise
Coeur d'Alene
Emmett
Horseshoe Bend
McCall
Meridian
Nampa
Payette
Salmon
Sun Valley
Weiser

**Illinois**
Aurora
Chicago
Chicago Heights
Des Plaines
Elmhurst
Evanston
Joliet
Morris
Oak Park
St. Charles
Waukegan
Woodstock

**Indiana**
Anderson
Bloomington
Evansville
Ft. Wayne
Gary
Hammond
Indianapolis
Kokomo
Lafayette
La Porte
Lowell
Michigan City
Muncie
Terra Haute
Valparaiso

**Iowa**
Ames
Atlantic
Boone
Casey
Clarion
Council Bluffs
Davis City
Des Moines
Ellsworth
Ft. Dodge
Griswold
Humboldt
Massena
Osceola
Webster City

**Kansas**
Kansas City
Lawrence
Topeka
Wichita

**Kentucky**
Frankfort
Hopkinsville
Lexington
Louisville
Owensboro
Paducah

**Louisiana**
Baton Rouge
Covington
Hammond
Kenner
Mandeville
Metairie
New Orleans
Slidell

**Maine**
Auburn
Bath
Brunswick
Portland

**Maryland**
Annapolis
Baltimore
Elkton
Frederick
Gaithersburg
Leonardtown
Rockville
Taneytown
Waldorf

**Massachusetts**
Boston
Hyannis
Lowell
New Bedford
Plymouth
Provincetown
Springfield
Worcester

**Michigan**
Ann Arbor
Bay City
Detroit
Flint
Grand Rapids
Lansing
Monroe
Muskegon
Saginaw

**Minnesota**
Duluth
Minneapolis
St. Paul
Stillwater

**Mississippi**
Bay St. Louis
Biloxi
Gulfport
Pascagoula

**Missouri**
Cape Girardeau
Fulton
Kansas City
Rolla
St. Joseph
St. Louis

In these areas you will be charged the Verizon Wireless National Prepay rates. When outside these areas, calls will be billed the off-network rate of $0.99 per minute. You will be notified when you are charged the off-network rate by a message indicating "you will incur additional charges for this call" prior to your call connecting. Actual coverage may vary and may be affected by topography and other atmospheric factors.

# Área de Tarifa en la Red de Pre-pago de Verizon Wireless



**Nebraska**
Omaha

**Nevada**
Las Vegas Metro

**New Jersey**
Atlantic City
Clinton
Eatontown
Edison
Englewood
Flemington
Freehold
Fort Lee
Hackensack
Jersey City
Lodi
Mahwah
Middletown
Morristown
Newark
New Brunswick
Paterson
Philipsburg
Piscataway
Princeton
Trenton
Vineland
Wayne
West Long Branch

**New Hampshire**
Concord
Laconia
Manchester
Nashua
Portsmouth

**New Mexico**
Albuquerque Metro
Espancia
Gallup
Grants
Los Alamos
Santa Fe
Taos

**New York**
Albany
Binghamton
Buffalo
Ithaca
New York Metro Area
Plattsburgh
Port Jervis
Rochester
Syracuse
Utica
Watertown

**North Carolina**
Asheville
Charlotte
Fayetteville
Greensboro
Hickory
Raleigh-Durham
Shelby
Winston-Salem
Waynesville

**North Dakota**
Fargo
Grand Forks

**Ohio**
Akron
Canton
Cincinnati
Cleveland
Columbus
Dayton
Lima
Mansfield
Springfield
Toledo

**Oregon**
Albany
Astoria
Corvallis
Florence
Lebanon
Lincoln City
McMinville
Newburg
Newport
Portland
Salem
St. Helens
Eugene

**Pennsylvania**
Allentown
DuBois
Erie
New Castle
Reading
Philadelphia
Pittsburgh

**Rhode Island**
Cranston
Newport
Pawtucket
Providence
Warwick
Woonsocket

**South Carolina**
Charleston
Columbia
Greenville
Hilton Head
Lancaster

**Tennessee**
Chattanooga
Clarksville
Cleveland
Columbia
Cookeville
Crossville
Dickson
Dyersburg
Fayetteville
Jackson
Knoxville
Lawrenceburg
McMinnville
Memphis
Murfreesboro
Nashville
Oak Ridge
Shelbyville
Tri-Cities
Tullahoma

**Texas**
Austin
Beaumont
Brownsville
Bryan/College Station
Corpus Christi
Dallas
Denison
Ft. Worth
Galveston
Harlingen
Houston
McAllen
San Antonio
Sherman
Victoria
Temple
Waco

**Utah**
Brigham City
Herber City
Kaysville
Logan
Morgan
Ogden
Park City
Provo
Salt Lake City

**Vermont**
Burlington
Montpelier
Rutland

**Virginia**
Alexandria
Danville
Fairfax
Fredericksburg
Norfolk
Reston
Richmond
Roanoke
Woodbridge

**Washington**
Arlington
Bellevue
Bellingham
Bremerton
Everett
Friday Harbor
Mt. Vernon
Oak Harbor
Olympia
Port Angeles
Port Townsend
Seattle
Silverdale
Spokane
Tacoma
Wenatchee

**West Virginia**
Ripley
Weston

**Wisconsin**
Appleton
Beloit
Fond Du Lac
Green Bay
Janesville
Kenosha
Lake Geneva
Madison
Manitowoc
Milwaukee
Oshkosh
Racine
Sheboygan
Waukesha
Wisconsin Dells

**Wyoming**
Casper
Cheyenne
Douglas
Laramie
Lusk
Torrington
Wheatland

En estas áreas se le cobrará la tarifa de Servicio Verizon Pre-pago Nacional. Fuera de estas áreas, las llamadas costarán $0.99 por minuto, la tarifa que se cobra fuera de la red de servicio. Cuando se le vaya a cobrar tal tarifa, escuchará un mensaje que dirá "se le cobrará adicionalmente por esta llamada" antes de que conecte. La cobertura actual puede variar y ser afectada por cuestiones de topografía y otras conexiones atmosféricas.

Form **8849** (Rev. February 2005)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

| | |
|---|---|
| Name of claimant: Cellco Partnership | Employer identification number (EIN): 22-3372889 |
| Address (number, street, room or suite no.): 180 Washington Valley Road | Social security number (SSN): |
| City and state or province. If you have a foreign address, see page 2.: Bedminster, NJ | ZIP code: 07921 |
| Foreign country, if applicable. Do not abbreviate.: | Month claimant's income tax year ends: 12 |
| Daytime telephone number (optional): | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* **Schedule C (Form 720)**, *Claims,* **Form 4136**, *Credit for Federal Tax Paid on Fuels,* **Form 2290**, *Heavy Highway Vehicle Use Tax Return, or* **Form 730**, *Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | [x] |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Assistant Sect'y — 9/22/05

Signature and title (if applicable) — Date

Thomas N. Tiscione

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.** Form **8849** (Rev. 2-2005)

ISA
STF FED8849F

Form **8849** (Rev. February 2005)

Department of the ury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant: Cellco Partnership

Employer identification number (EIN): 22-3372889

Address (number, street, room or suite no.): 180 Washington Valley Road

Social security number (SSN):

City and state or province. If you have a foreign address, see page 2.: Bedminster, NJ

ZIP code: 07921

Foreign country, if applicable. Do not abbreviate.:

Month claimant's income tax year ends: 12

Daytime telephone number (optional):

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* ***Schedule C (Form 720)****, Claims,* ***Form 4136****, Credit for Federal Tax Paid on Fuels,* ***Form 2290****, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Assistant Sect'y — 9/22/05

Signature and title (if applicable) — Date

Thomas N. Tiscione

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.** Form **8849** (Rev. 2-2005)

ISA
STF FED8849F

Schedule 6
(Form 8849)
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Cellco Partnership | 22-3372889 | $ 614,659.90 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 10/1/2000  Latest date ▶ 12/31/2000

| | Tax | Amount of refund | CRN |
|---|---|---|---|
| 1 | Federal Excise Tax (Communication Services: IRC Section 4251) | $ 614,659.90 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See Attachments.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720,** Quarterly Federal Excise Tax Return;
- **Form 2290,** Heavy Highway Vehicle Use Tax Return;
- **Form 730,** Monthly Tax Return for Wagers; and
- **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Name of Taxpayer: **Cellco [illegible]tnership**
FEIN: **22-3372889**
Form 8849 - Claim for Refund of Federal Excise Taxes

Claim Amount: $614,659.90

Quarter Ending: December 31, 2000

Cellco Partnership d/b/a Verizon Wireless (the "Taxpayer") is a general partnership formed under the laws of the state of Delaware. The Taxpayer's headquarters and principal place of business is in Bedminster, New Jersey. Its street address is 180 Washington Valley Road, Bedminster, NJ 07921.

The Taxpayer contends that federal communications excise tax was erroneously paid by Taxpayer with respect to its sale of prepaid wireless telecommunication service (the "Prepaid Service") to end-user customers ("Customers").

The Taxpayer seeks a refund of: (i) that portion of the federal excise tax that was reported by Taxpayer on Form 720 and paid by Taxpayer with respect to the sale of Prepaid Service to Customers for the quarter ending December 31, 2000; and (ii) statutory interest on such overpaid tax.

<u>Jurisdictional Basis for Claim</u>

The Taxpayer is the sole owner of the claim and it has not made an assignment or transfer of any part of the claim. This claim has been filed within three years of filing of the original Form 720. I.R.C. § 6511(a).

The Taxpayer bore the economic burden of the tax and has not collected the tax from the customer. Under the judicial amelioration exception to I.R.C. § 6415(a), the Taxpayer is not required to obtain the consent of the customer to the refund. *McGowan v. United States*, 296 F.2d 252 (5th Cir. 1961); *Gumpert v. United States*, 296 F.2d 927 (Ct. Cl. 1961); *Epstein v. United States*, 357 F.2d 928 (Ct. Cl. 1966); *United States v. Walker*, 234 F.2d 910 (5th Cir. 1956); TAM, PLR 92-07-001 (Feb. 14, 1992) (Air transportation tax).

<u>Facts</u>

The Taxpayer is principally engaged in the business of providing wireless voice services, which include the offering of both post-pay and prepaid wireless voice plans.

The Taxpayer sells Prepaid Services directly to end user customers through its own retail outlets, and sells Prepaid Services to resellers.

During the applicable period, the Taxpayer's Prepaid Service plan permitted a Customer to purchase, in advance, a fixed quantity (expressed in dollars) of wireless voice service to be provided by the Taxpayer. The customer's prepaid account would be activated on the first use of the Prepaid Services and would remain active until the earlier of the time that the customer has exhausted his prepaid balance or upon the expiration of the account life (60 days). The customer's prepaid account could be replenished at any time by making refill payments.

When the customer's prepaid account was active, the Taxpayer decremented the account for each minute of service used in the following amounts:

- In-Network Calling: $0.50 (for $30 purchase of prepaid services)
  $0.40 (for $50 purchase of prepaid services)
  $0.35 (for $75 purchase of prepaid services)
  $0.20 (for $150 purchase of prepaid services)

- Off-Network* Calling: $0.99 (for all prepaid service plans)

*Off-Network calling represent calls made or received while in the United States but incurred outside of the taxpayer's national prepay network area. The rate above was imposed without regard to the actual distance the call was carried.

The per-minute airtime charges above applied to both incoming and outgoing calls made to and from points in the United States while the customer was using Taxpayer's wireless voice service network and applied without regard to the actual distance the call is carried or the interstate or intrastate nature of the call.

Calls made to other countries were treated as international calls and in addition to the domestic per minute rates above were subject to additional fixed per minute rates. These rates were imposed without regard to the actual distance the call was carried.

**Claim 1**

None of the Prepaid Services is "local telephone service" within the meaning of such term as defined by I.R.C. § 4252(a). I.R.C. § 4252(a) defines "local telephone service" as "(1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone stations constituting a part of such local telephone system, and (2) any facility or service provided in connection with a service described in paragraph (1)." The plain meaning of "local" is "of, relating to, or characteristic of a particular place: not general or widespread."[1] By definition, a *local* telephone service cannot provide access to a regional or nationwide[2] calling area. "Local service plainly involves the telephone users' presence in, and their ability to make calls within, a limited geographic area."[3] The entire

---

[1] MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 2002), *available at* http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=local.
[2] *Fortis, Inc. v. U.S.*, 2004 W.L. 2085528, 2004-2 USTC ¶70,231, 2004 U.S. Dist. LEXIS 18686 at *51-52, (S.D.N.Y. 2004); *Office Max, Inc. v. U.S.*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004) (holding that the long distance service at issue does not meet a single requirement of the definition of local telephone service); *National Railroad Passenger Corporation v. U.S.*, 338 F.Supp.2d 22 (D.D.C. 2004); 2004 U.S. Dist. LEXIS 18907 at *20-21 (holding that "[i]t is inconceivable that Congress considered a nationwide telecommunications network to be local").
[3] *Fortis* at *51-52.

United States is not part of one "local telephone system."[4] Thus, wireless service plans that define the home service area to include the entire United States do not provide local telephone service within the meaning of I.R.C. § 4252(a). Even regional plans (which we stopped offering in July, 2001) generally provide the ability to make calls within an area that greatly exceeds an area that could properly be considered "local" within the generally accepted meaning of this term. Thus, monthly access charges for national and regional plans for Services do not come within the definition of local telephone service.

**Claim 2**

The Prepaid Services are voice-transmission services and therefore do not constitute "teletypewriter exchange service" as defined by I.R.C. § 4252(c).

**Claim 3**

The Prepaid Services are not "toll telephone service" within the meaning of I.R.C. § 4252(b)(1). I.R.C. § 4252(b)(1) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

The charges for the Prepaid Service did not vary by distance, but were instead charged at a flat per-minute rate that varied depending on whether the call was to a domestic or international location and, for domestic calls, depending on whether the end-user customer was placing or receiving a call in the area served by the Taxpayer's wireless voice service network. Because the "toll telephone service" definition requires that the charge for service vary by both the time and the distance of each individual communication, the Prepaid Services sold by the Taxpayer in exchange for per-minute charges do not constitute toll telephone service within the meaning of I.R.C. § 4252(b)(1).

**Claim 4**

The Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2). I.R.C. § 4252(b)(2) defines toll telephone service as "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located." As discussed above in Claim 1, there is no "local telephone system area" with respect to the Prepaid Service plans at issue, and therefore these plans do not provide service to points outside such an area. Furthermore, the Prepaid Service plans do not provide service in exchange for a "periodic charge" and do not provide "the privilege of an unlimited

[4] *Id.*

number of telephonic communications." Thus, the Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2).

**Prayer for Relief:**

For the reasons set forth above, Taxpayer respectfully requests a refund of communication excise tax in the amount stated above, plus any applicable interest

Cellco Partnership, d/b/a Verizon Wireless
EIN – 22-3372889
Claim for Refund – Federal Excise Tax
Quarter Ending: December 31, 2000

**Penalty of Perjury Statement**

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules, exhibits and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

[signature]
Thomas N. Tiscione

Assistant Secretary
Title

9/22/05
Date

Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Cellco Partnership<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | | 22-3372889 |
| | Daytime telephone number (908) 306-7333 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Sidney J. Kelly<br>c/o Verizon Wireless, 180 Washington Valley Rd.<br>Bedminster, NJ 07921 | CAF No. 93-0053544R<br>Telephone No. (908) 306-7333<br>Fax No. (908) 306-7766<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Federal Communicarions Excise Tax | 720 | 2000 (Qtrs 1-4) |
| | | |
| | | |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** ▶ ☐

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ........................

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box .... ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box .................. ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ............................. ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

[signature] ........ Signature | 9/22/05 ........ Date | Assistant Secretary ........ Title (if applicable)

Thomas N. Tiscione ........ Print Name | 13577 PIN Number | Cellco Partnership d/b/a Verizon Wireless ........ Print name of taxpayer from line 1 if other than individual

........ Signature | ........ Date | ........ Title (if applicable)

........ Print Name | PIN Number | ........

**Part II** **Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

**a** Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b** Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
**c** Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
**d** Officer — a bona fide officer of the taxpayer's organization.
**e** Full-Time Employee — a full-time employee of the taxpayer.
**f** Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
**g** Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
**h** Unenrolled Return Preparer — the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation — Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | PA | [signature] | 9/13/05 |
| | | | |
| | | | |



STF FED4675F.2

Form **2848** (Rev. January 2002) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ______
Telephone ______
Function ______
Date / /

**Part I** Power of Attorney (Type or print.)

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| CELLCO PARTNERSHIP<br>d/b/a Verizon Wireless<br>180 WASHINGTON VALLEY ROAD ATTN: TAX<br>BEDMINSTER NJ 07921 | | 22-3372889 |
| | Daytime telephone number: 908-306-7000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Paul J. Stress CPA C/O Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | CAF No. 2605-40223R<br>Telephone No. 908-306-6830<br>Fax No. 908-306-7873<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ______<br>Telephone No. ______<br>Fax No. ______<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Employment, Information & CVL PEN | 940, 941 & 1099 | 2000,2001,2002,2003 |
| Excise | 720 | 2000,2001,2002,2003 |
| Income | 1065 | 2000,2001,2002,2003 |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for **Line 5. Acts authorized.**

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ______

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.*

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ______ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Paperwork Reduction and Privacy Act Notice, see the separate instructions.** Form **2848** (Rev. 1-2002)

ISA
STF FED4676F.1

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box. . . ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box . . . ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here . . . ▶ ☐

YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.

[signature] 8/20/04 Asst Sec & VP Tax

Signature Date Title (if applicable)

Thomas Tiscione

Print Name

Signature Date Title (if applicable)

Print Name

**Part II Declaration of Representative**

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer — a bona fide officer of the taxpayer's organization.

e Full-Time Employee — a full-time employee of the taxpayer.

f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.

| Designation — Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| b | PA | [signature] | 8/20/04 |
| | | | |
| | | | |

## National Prepay Wireless Service

# Wireless Your Way.




- No long-term contract
- No domestic long distance charges
- No credit check
- Easy to refill

verizonwireless



## Take Control with Prepay Wireless.

With Prepay Wireless Service, you decide how much you want to spend on your wireless calls right from the start. You never have to sign a long-term contract. You can forget about monthly fees and bills. And domestic long distance is included in the Verizon Wireless National Prepay rate area, so you can take your phone anywhere in the country. Plus, you enjoy the high-quality network and coverage that you expect from the leader in wireless service–Verizon Wireless.

## Wireless Made Simple

Getting started with National Prepay Wireless Service couldn't be easier. It's the simple choice that delivers all the benefits of wireless calling with none of the hassles—no credit check, no long-term contract and no monthly fees. As your personal calling needs change, you simply purchase as much as you need on your Prepay card.

## Smart

Prepay Wireless Service automatically tells you how much time you have left to talk each time you place a call. And when you're running out of minutes, you'll hear a reminder tone four minutes before they expire. This tone will be repeated every minute thereafter, so you'll have time to end your call.

## Predictable

You'll know exactly what your costs will be—with no surprises. And because you purchase airtime minutes up front, you will never receive a wireless phone bill.

## Flexible

Prepay Wireless Service offers convenience and flexibility and makes your wireless costs easy to control. Enhanced services such as Voice Mail, Call Waiting and Caller ID† are even included at no extra charge.




† Not available in all areas.

## National Prepay Wireless Rates

| Pay | $30 | $50 | $75 | $150 |
|---|---|---|---|---|
| Talk* | 60 minutes | 125 minutes | 214 minutes | 750 minutes |
| Price Per Minute | 50¢ | 40¢ | 35¢ | 20¢ |
| Off-Network Per Minute Rate | 99¢ | 99¢ | 99¢ | 99¢ |
| Expiration (once initialized) | 60 days | 60 days | 60 days | 60 days |

*Talk time is an approximation based on usage on the Verizon Wireless network. Off-network calls will be billed at 99¢ per minute. Other charges will also decrease minutes.

### To Add More Prepay Minutes:

Visit a Verizon Wireless Communications Store, any other participating location, or our online store at www.verizonwireless.com, and simply buy and initialize another Prepay card.

Per-minute rates on the Verizon Wireless National Prepay Plan include roaming in all Verizon Wireless network cities and domestic long distance charges.

An account set-up fee of up to $35 may apply.

To carry your airtime minutes forward, simply buy and initialize another card before the expiration date.

Voice Mail deposits and retrievals are billed at regular airtime rates and will deplete minute allowance. If a caller reaches or leaves a message on your Voice Mail, it will deplete your minutes even if Voice Mail has not been activated.

International rate information is available by calling 1-877-777-7324.

411 Connect[SM] is available at up to 99¢ surcharge per call plus airtime.

IMPORTANT INFORMATION

Except as otherwise specifically provided in this Prepay Wireless Service guide, all terms and conditions and obligations of the Prepay Wireless Service Agreement shall govern the terms of your service and are incorporated herein by reference. If you do not agree to the terms of the Prepay Wireless Service Agreement, do not initialize or use your Prepay Wireless Service card and return it within 15 days of purchase with original sales receipt. No refunds will be granted after 15 days or if the card has been initialized. The Prepay Wireless card is not valid unless initialized by the date on the back of the card. Once initialized, the card expires in 60 days. Your wireless number will be forfeited after the 60-day expiration period.

Verizon Wireless will suspend service when your Prepay Wireless account reaches the expiration date. The unused portion will be forfeited. Voice Mail deposits and retrievals will be billed at regular airtime rates and will deplete minute allowance. Customer must replenish account by providing Verizon Wireless with another payment. Verizon Wireless reserves the right to terminate such service if the account contains a $0 balance, at which time up to a $35 account set-up fee may apply.

Roaming calls can be made within the Verizon Wireless service areas by dialing direct. Prepay subscribers must switch to the Verizon Wireless network to take advantage of the reduced rates. Roaming may not be available in areas outside the Verizon Wireless network. Service can only be used with tri-mode phones that have been programmed for Prepay Wireless Service. Up to a $35 account set-up fee may apply.

Toll- and airtime-free numbers are *911 and *611. Service limitations apply to Caller ID. To block the transmission of your number and name, *67 may be used. Airtime charges apply to Voice Mail and other features. No charge for busy or unanswered calls on the Verizon Wireless network. Each partial minute of airtime is billed as a full minute, so that credits will be depleted in full minute increments. Charges for calls that connect begin when you press "SEND" and end when the call disconnects from the system. This may be a few seconds after pressing the "END" key or otherwise ending the call.

Verizon Wireless calling area, rates, agreement provisions, business practices, procedures and policies are subject to change as specified in the Prepay Wireless Service Agreement. Our liability is significantly limited. Please read and understand the Prepay Wireless Service Agreement before activating or using your phone.




Purchase additional Prepay cards
at Verizon Wireless Communications Stores
and other participating locations.

# Verizon Wireless National Prepay Network Rate Area

The following cities and their surrounding areas are included in the Verizon Wireless National Prepay Network Rate Area.

**Alabama**
Anniston
Birmingham
Florence
Gadsden
Huntsville
Mobile
Tuscaloosa

**Arizona**
Black Canyon City
Flagstaff
Gila Bend
Parker
Phoenix Metro
Prescott
Quartzsite
Seligman
Tucson Metro
Wickenburg
Williams
Yuma

**California**
Bakersfield
Chico
Fresno
Hollister
Los Angeles
Madera
Mendocino
Merced
Modesto
Mono
Monterey
Oakhurst
Oakland
Orange
Palm Springs
Pleasanton
Porterville
Redding
Riverside
Sacramento
Salinas
San Bernardino
San Diego
San Francisco
Santa Barbara
San Jose
San Luis Obispo
Santa Clara
Stockton
Ukiah
Ventura
Visalia

**Colorado**
Boulder
Breckenridge
Colorado Springs
Denver
Ft. Collins
Ft. Lupton
Grand Junction
Greeley
Longmont
Loveland
Vail

**Connecticut**
Bridgeport
Danbury
Hartford
Meriden
New Britain
New Haven
New London
Norwich
Stamford

**Delaware**
Dover
Rehoboth Beach
Seaford
Wilmington

**District of Columbia**
Washington

**Florida**
Boca Raton
Bradenton
Clearwater
Daytona
Ft. Lauderdale
Ft. Myers
Gainesville
Jacksonville
Key West
Lakeland
Melbourne
Miami
Naples
Ocala
Orlando
St. Petersburg
Sarasota
Stuart
Tallahassee
Tampa
West Palm Beach

**Georgia**
Athens
Atlanta
Gainesville
Madison
Rome

**Idaho**
Boise
Coeur d'Alene
Emmett
Horseshoe Bend
McCall
Meridian
Nampa
Payette
Salmon
Sun Valley
Weiser

**Illinois**
Aurora
Chicago
Chicago Heights
Des Plaines
Elmhurst
Evanston
Joliet
Morris
Oak Park
St. Charles
Waukegan
Woodstock

**Indiana**
Anderson
Bloomington
Evansville
Ft. Wayne
Gary
Hammond
Indianapolis
Kokomo
Lafayette
La Porte
Lowell
Michigan City
Muncie
Terra Haute
Valparaiso

**Iowa**
Ames
Atlantic
Boone
Casey
Clarion
Council Bluffs
Davis City
Des Moines
Ellsworth
Ft. Dodge
Griswold
Humboldt
Massena
Osceola
Webster City

**Kansas**
Kansas City
Lawrence
Topeka
Wichita

**Kentucky**
Frankfort
Hopkinsville
Lexington
Louisville
Owensboro
Paducah

**Louisiana**
Baton Rouge
Covington
Hammond
Kenner
Mandeville
Metairie
New Orleans
Slidell

**Maine**
Auburn
Bath
Brunswick
Portland

**Maryland**
Annapolis
Baltimore
Elkton
Frederick
Gaithersburg
Leonardtown
Rockville
Taneytown
Waldorf

**Massachusetts**
Boston
Hyannis
Lowell
New Bedford
Plymouth
Provincetown
Springfield
Worcester

**Michigan**
Ann Arbor
Bay City
Detroit
Flint
Grand Rapids
Lansing
Monroe
Muskegon
Saginaw

**Minnesota**
Duluth
Minneapolis
St. Paul
Stillwater

**Mississippi**
Bay St. Louis
Biloxi
Gulfport
Pascagoula

**Missouri**
Cape Girardeau
Fulton
Kansas City
Rolla
St. Joseph
St. Louis

In these areas you will be charged the Verizon Wireless National Prepay rates. When outside these areas, calls will be billed the off-network rate of $0.99 per minute. You will be notified when you are charged the off-network rate by a message indicating "you will incur additional charges for this call" prior to your call connecting. Actual coverage may vary and may be affected by topography and other atmospheric factors.

# Área de Tarifa en la Red de Pre-pago de Verizon Wireless



**Nebraska**
Omaha

**Nevada**
Las Vegas Metro

**New Jersey**
Atlantic City
Clinton
Eatontown
Edison
Englewood
Flemington
Freehold
Fort Lee
Hackensack
Jersey City
Lodi
Mahwah
Middletown
Morristown
Newark
New Brunswick
Paterson
Phillipsburg
Piscataway
Princeton
Trenton
Vineland
Wayne
West Long Branch

**New Hampshire**
Concord
Laconia
Manchester
Nashua
Portsmouth

**New Mexico**
Albuquerque Metro
Espanola
Gallup
Grants
Los Alamos
Santa Fe
Taos

**New York**
Albany
Binghamton
Buffalo
Ithaca
New York Metro Area
Plattsburgh
Port Jervis
Rochester
Syracuse
Utica
Watertown

**North Carolina**
Asheville
Charlotte
Fayetteville
Greensboro
Hickory
Raleigh-Durham
Shelby
Winston-Salem
Waynesville

**North Dakota**
Fargo
Grand Forks

**Ohio**
Akron
Canton
Cincinnati
Cleveland
Columbus
Dayton
Lima
Mansfield
Springfield
Toledo

**Oregon**
Albany
Astoria
Corvallis
Florence
Lebanon
Lincoln City
McMinnville
Newburg
Newport
Portland
Salem
St. Helens
Eugene

**Pennsylvania**
Allentown
DuBois
Erie
New Castle
Reading
Philadelphia
Pittsburgh

**Rhode Island**
Cranston
Newport
Pawtucket
Providence
Warwick
Woonsocket

**South Carolina**
Charleston
Columbia
Greenville
Hilton Head
Lancaster

**Tennessee**
Chattanooga
Clarksville
Cleveland
Columbia
Cookeville
Crossville
Dickson
Dyersburg
Fayetteville
Jackson
Knoxville
Lawrenceburg
McMinnville
Memphis
Murfreesboro
Nashville
Oak Ridge
Shelbyville
Tri-Cities
Tullahoma

**Texas**
Austin
Beaumont
Brownsville
Bryan/College Station
Corpus Christi
Dallas
Denison
Ft. Worth
Galveston
Harlingen
Houston
McAllen
San Antonio
Sherman
Victoria
Temple
Waco

**Utah**
Brigham City
Heber City
Kaysville
Logan
Morgan
Ogden
Park City
Provo
Salt Lake City

**Vermont**
Burlington
Montpelier
Rutland

**Virginia**
Alexandria
Danville
Fairfax
Fredericksburg
Norfolk
Reston
Richmond
Roanoke
Woodbridge

**Washington**
Arlington
Bellevue
Bellingham
Bremerton
Everett
Friday Harbor
Mt. Vernon
Oak Harbor
Olympia
Port Angeles
Port Townsend
Seattle
Silverdale
Spokane
Tacoma
Wenatchee

**West Virginia**
Ripley
Weston

**Wisconsin**
Appleton
Beloit
Fond Du Lac
Green Bay
Janesville
Kenosha
Lake Geneva
Madison
Manitowoc
Milwaukee
Oshkosh
Racine
Sheboygan
Waukesha
Wisconsin Dells

**Wyoming**
Casper
Cheyenne
Douglas
Laramie
Lusk
Torrington
Wheatland

En estas áreas se le cobrará la tarifa de Servicio Verizon Pre-pago Nacional. Fuera de estas áreas, las llamadas costarán $0.99 por minuto, la tarifa que se cobra fuera de la red de servicio. Cuando se le vaya a cobrar tal tarifa, escuchará un mensaje que dirá "se le cobrará adicionalmente por esta llamada" antes de que conecte. La cobertura actual puede variar y ser afectada por cuestiones de topografía y otras conexiones atmosféricas.

Form **8849** (Rev. February 2005)

Department of the Treasury—Internal Revenue Service

# Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

| Field | Value |
|---|---|
| Name of claimant | Cellco Partnership |
| Employer identification number (EIN) | 22-3372889 |
| Address (number, street, room or suite no.) | 180 Washington Valley Road |
| Social security number (SSN) | |
| City and state or province. If you have a foreign address, see page 2. | Bedminster, NJ |
| ZIP code | 07921 |
| Foreign country, if applicable. Do not abbreviate. | |
| Month claimant's income tax year ends | 12 |
| Daytime telephone number (optional) | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on* **Schedule C (Form 720),** *Claims,* **Form 4136,** *Credit for Federal Tax Paid on Fuels,* **Form 2290,** *Heavy Highway Vehicle Use Tax Return, or* **Form 730,** *Monthly Tax Return for Wagers.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, and 5 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors | ☐ |
| **Schedule 3** | Alcohol Fuel Mixtures and Biodiesel Mixtures | ☐ |
| **Schedule 5** | Section 4081(e) Claims | ☐ |
| **Schedule 6** | Other Claims | ☒ |

**Sign Here**

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

[signature] Assistant Sect'y — 9/22/05

Signature and title (if applicable) — Date

Thomas N. Tiscione

Type or print your name below signature.

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

Form **8849** (Rev. 2-2005)

ISA
STF FED8849F

**Schedule 6 (Form 8849)**
(Rev. February 2005)
Department of the Treasury
Internal Revenue Service

# Other Claims

▶ Attach to Form 8849.

OMB No. 1545-1420

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1–5) |
|---|---|---|
| Cellco Partnership | 22-3372889 | $ 990,204.70 |

Enter the earliest and latest **dates of the events** included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 10/1/2000 Latest date ▶ 12/31/2000

| Tax | Amount of refund | CRN |
|---|---|---|
| 1 Federal Excise Tax (Communication Services: IRC Section 4251) | $ 990,204.70 | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

See Attachments.

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–3 and 5, including refunds of excise taxes reported on:

- **Form 720**, Quarterly Federal Excise Tax Return;
- **Form 2290**, Heavy Highway Vehicle Use Tax Return;
- **Form 730**, Monthly Tax Return for Wagers; and
- **Form 11-C**, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under *Where To File* in the Form 8849 instructions. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

Name of Taxpayer: **Cellco Partnership**
FEIN: 22-3372889
Form 8849 - Claim for Refund of Federal Excise Taxes

Claim Amount: $ 990,204.70

Quarter Ending: December 31, 2000

Cellco Partnership d/b/a Verizon Wireless (the "Taxpayer") is a general partnership formed under the laws of the state of Delaware. The Taxpayer's headquarters and principal place of business is in Bedminster, New Jersey. Its street address is 180 Washington Valley Road, Bedminster, NJ 07921.

The Taxpayer contends that federal communications excise tax was erroneously paid on the sale of prepaid wireless telecommunication service (the "Prepaid Service") by the Taxpayer to the persons (the "Agents") listed in Exhibit A. Each Agent is a person that is not a "carrier" as such term is defined in 47 U.S.C. § 153; and the sales of the Prepaid Service to the Agent were made for the purpose of resale.

The payments for Prepaid Service and the related federal excise tax payments at issue are summarized on the chart attached hereto as Exhibit A.

The Taxpayer seeks a refund of: (i) that portion of the federal excise tax that was reported by Taxpayer on Form 720 and paid by Taxpayer with respect to the sale of Prepaid Service to the Agents for the quarter ending December 31, 2000; and (ii) statutory interest on such overpaid tax.

Jurisdictional Basis for Claim

The Taxpayer is the sole owner of the claim and it has not made an assignment or transfer of any part of the claim. This claim has been filed within three years of filing of the original Form 720. I.R.C. § 6511(a).

The Taxpayer bore the economic burden of the tax and therefore, under the judicial amelioration exception, the Taxpayer is not required to obtain the consent of the Agent to the refund. *McGowan v. United States*, 296 F.2d 252 (5th Cir. 1961); *Gumpert v. United States*, 296 F.2d 927 (Ct. Cl. 1961); *Epstein v. United States*, 357 F.2d 928 (Ct. Cl. 1966); *United States v. Walker*, 234 F.2d 910 (5th Cir. 1956); TAM, PLR 92-07-001 (Feb. 14, 1992) (Air transportation tax).

For purpose of the avoidance of doubt with respect to the Taxpayer's entitlement to pursue this claim for refund pursuant to I.R.C. § 6415(a), should consent of the Agents be required, Rev. Rul. 69-508, 1969-2 C.B. 262 (Communications excise tax), allows any necessary consents to be obtained after this claim is filed with the Service. *International Business Machines Corp. v. United States*, 343 F2d 914 (1965) (Manufacturers excise tax).

Name of Taxpayer: **Cellco l. . rnership**
FEIN: **22-3372889**
Form 8849 - Claim for Refund of Federal Excise Taxes

Facts

The Taxpayer is principally engaged in the business of providing wireless voice services, which include the offering of both post-pay and prepaid wireless voice plans.

The Taxpayer sells Prepaid Services directly to end user customers through its own retail outlets, and also sells Prepaid Services to resellers such as the Agents.

During the applicable period, the Taxpayer's Prepaid Service plan permitted an end-user customer to purchase, in advance, a fixed quantity (expressed in dollars) of wireless voice service to be provided by the Taxpayer. The customer's prepaid account would be activated on the first use of the Prepaid Services and would remain active until the earlier of the time that the customer has exhausted his prepaid balance or upon the expiration of the account life (60 days). The customer's prepaid account could be replenished at any time by making refill payments.

When the customer's prepaid account was active, the Taxpayer decremented the account for each minute of service used in the following amounts:

- In-Network Calling: $0.50 (for $30 purchase of prepaid services)
  $0.40 (for $50 purchase of prepaid services)
  $0.35 (for $75 purchase of prepaid services)
  $0.20 (for $150 purchase of prepaid services)

- Off-Network* Calling: $0.99 (for all prepaid service plans)

*Off-Network calling represent calls made or received while in the United States but incurred outside of the taxpayer's national prepay network area. The rate shown above is imposed without regard to the actual distance the call was carried.

The per-minute airtime charges above applied to both incoming and outgoing calls made to and from points in the United States while the customer was using Taxpayer's wireless voice service network and applied without regard to the actual distance the call is carried or the interstate or intrastate nature of the call.

Calls made to other countries were treated as international calls and in addition to the domestic per minute rates above were subject to additional fixed per minute rates. These rates were imposed without regard to the actual distance the call was carried.

**Claim 1**

None of the Prepaid Services is "local telephone service" within the meaning of such term as defined by I.R.C. § 4252(a). I.R.C. § 4252(a) defines "local telephone service" as "(1) the access to a local telephone system, and the privilege of telephonic quality communication with substantially all persons having telephone or radio telephone

stations constituting a part of such local telephone system, and (2) any facility or service provided in connection with a service described in paragraph (1)." The plain meaning of "local" is "of, relating to, or characteristic of a particular place: not general or widespread."[1] By definition, a *local* telephone service cannot provide access to a regional or nationwide[2] calling area. "Local service plainly involves the telephone users' presence in, and their ability to make calls within, a limited geographic area."[3] The entire United States is not part of one "local telephone system."[4] Thus, wireless service plans that define the home service area to include the entire United States do not provide local telephone service within the meaning of I.R.C. § 4252(a). Even regional plans, which we offered until July 2001, generally provide the ability to make calls within an area that greatly exceeds an area that could properly be considered "local" within the generally accepted meaning of this term. Thus, monthly access charges for national and regional plans for Services do not come within the definition of local telephone service.

**Claim 2**

The Prepaid Services are voice-transmission services and therefore do not constitute "teletypewriter exchange service" as defined by I.R.C. § 4252(c).

**Claim 3**

The Prepaid Services are not "toll telephone service" within the meaning of I.R.C. § 4252(b)(1). I.R.C. § 4252(b)(1) defines "toll telephone service" as "a telephonic quality communication for which (A) there is a toll charge which varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

The charges for the Prepaid Service did not vary by distance, but were instead charged at a flat per-minute rate that varied depending on whether the call was to a domestic or international location and, for domestic calls, depending on whether the end-user customer was placing or receiving a call in the area served by the Taxpayer's wireless voice service network. Because the "toll telephone service" definition requires that the charge for service vary by both the time and the distance of each individual communication, the Prepaid Services sold by the Taxpayer in exchange for per-minute charges do not constitute toll telephone service within the meaning of I.R.C. § 4252(b)(1).

---

[1] MERRIAM-WEBSTER'S COLLEGIATE DICTIONARY (10th ed. 2002), *available at* http://www.m-w.com/cgi-bin/dictionary?book=Dictionary&va=local.
[2] *Fortis, Inc. v. U.S.*, 2004 W.L. 2085528, 2004-2 USTC ¶70,231, 2004 U.S. Dist. LEXIS 18686 at *51-52, (S.D.N.Y. 2004); *Office Max, Inc. v. U.S.*, 309 F.Supp.2d 984, 1007 (N.D. Ohio 2004) (holding that the long distance service at issue does not meet a single requirement of the definition of local telephone service); *National Railroad Passenger Corporation v. U.S.*, 338 F.Supp.2d 22 (D.D.C. 2004); 2004 U.S. Dist. LEXIS 18907 at *20-21 (holding that "[i]t is inconceivable that Congress considered a nationwide telecommunications network to be local").
[3] *Fortis* at *51-52.
[4] *Id.*

Name of Taxpayer: **Cellco . tnership**
FEIN: 22-3372889
Form 8849 - Claim for Refund of Federal Excise Taxes

**Claim 4**

The Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2). I.R.C. § 4252(b)(2) defines toll telephone service as "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located." As discussed above in Claim 1, there is no "local telephone system area" with respect to the Prepaid Service plans at issue, and therefore these plans do not provide service to points outside such an area. Furthermore, the Prepaid Service plans do not provide service in exchange for a "periodic charge" and do not provide "the privilege of an unlimited number of telephonic communications." Thus, the Prepaid Services are not toll telephone service within the meaning of I.R.C. § 4252(b)(2).

**Prayer for Relief:**

For the reasons set forth above, Taxpayer respectfully requests a refund of communication excise tax in the amount stated above, plus any applicable interest.

Cellco Partnership, d/b/a Verizon Wireless
EIN – 22-3372889
Claim for Refund – Federal Excise Tax
Quarter Ending: December 31, 2000

**Penalty of Perjury Statement**

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules, exhibits and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Thomas N. Tiscione

Assistant Secretary
Title

9/22/05
Date

Form **2848** (Rev. March 2004) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ Type or print. ▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name
Telephone
Function
Date

**Part I** Power of Attorney

**Caution:** *Form 2848 will not be honored for any purpose other than representation before the IRS.*

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Cellco Partnership<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | | 22-3372889 |
| | Daytime telephone number (908) 306-7333 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2 Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Sidney J. Kelly<br>c/o Verizon Wireless, 180 Washington Valley Rd.<br>Bedminster, NJ 07921 | CAF No. 93-0053544R<br>Telephone No. (908) 306-7333<br>Fax No. (908) 306-7766<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No.<br>Telephone No.<br>Fax No.<br>Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3 Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| Federal Communicarions Excise Tax | 720 | 2000 (Qtrs 1-4) |
| | | |
| | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** ▶ ☐

**5 Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

**Exceptions.** An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See **Unenrolled Return Preparer** on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney:

**6 Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ________ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

**For Privacy Act and Paperwork Reduction Notice, see page 4 of the instructions.** Form **2848** (Rev. 3-2004)

ISA
STF FED4675F.1

**7 Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2.

a If you also want the second representative listed to receive a copy of notices and communications, check this box .... ▶ ☐

b If you do not want any notices or communications sent to your representative(s), check this box .................. ▶ ☐

**8 Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here ............................. ▶ ☒

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9 Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 9/22/05 | Assistant Sectretary |

| Print Name | PIN Number | Print name of taxpayer from line 1 if other than individual |
|---|---|---|
| Thomas N. Tiscione | 13577 | Cellco Partnership d/b/a Verizon Wireless |

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

| Print Name | PIN Number | |
|---|---|---|
| | | |

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.

b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.

c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.

d Officer — a bona fide officer of the taxpayer's organization.

e Full-Time Employee — a full-time employee of the taxpayer.

f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).

h Unenrolled Return Preparer — the authority to practice before the Internal Revenue Service is limited by Treasury Department Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under examination by the IRS. See **Unenrolled Return Preparer** on page 2 of the instructions.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.** See the Part II instructions.

| Designation — Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | PA | [signature] | 9/13/05 |
| | | | |
| | | | |



STF FED4675F.2

Form **2848** (Rev. January 2002) Department of the Treasury Internal Revenue Service

# Power of Attorney and Declaration of Representative

▶ See the separate instructions.

OMB No. 1545-0150

For IRS Use Only
Received by:
Name ____
Telephone ____
Function ____
Date / /

**Part I** Power of Attorney (Type or print.)

1 **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| CELLCO PARTNERSHIP<br>d/b/a Verizon Wireless<br>180 WASHINGTON VALLEY ROAD ATTN: TAX<br>BEDMINSTER NJ 07921 | | 22-3372889 |
| | Daytime telephone number: 908-306-7000 | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

2 **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Paul J. Stress CPA C/O Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921 | CAF No. 2605-40223R<br>Telephone No. 908-306-6830<br>Fax No. 908-306-7873<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____<br>Telephone No. ____<br>Fax No. ____<br>Check if new: Address ☐ Telephone No. ☐ |
| Name and address | CAF No. ____<br>Telephone No. ____<br>Fax No. ____<br>Check if new: Address ☐ Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

3 **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Employment, Information & CVL PEN | 940, 941 & 1099 | 2000,2001,2002,2003 |
| Excise | 720 | 2000,2001,2002,2003 |
| Income | 1065 | 2000,2001,2002,2003 |

4 **Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for **Line 4. Specific uses not recorded on CAF.** . . . . . . . . . . . . . . . . . . . . . ▶ ☐

5 **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for **Line 5. Acts authorized.**

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ____

**Note:** *In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.*

**Note:** *The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.*

6 **Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here ____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

7 **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

a If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box ▶ ☐

b If you also want the second representative listed to receive a copy of such notices and communications, check this box ▶ ☐

c If you do not want any notices or communications sent to your representative(s), check this box ▶ ☐

8 **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do **not** want to revoke a prior power of attorney, check here ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

9 **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| Signature | Date | Title (if applicable) |
|---|---|---|
| [signature] | 8/20/04 | Asst Sec & VP Tax |

Thomas Tiscione
Print Name

| Signature | Date | Title (if applicable) |
|---|---|---|
| | | |

Print Name

## Part II Declaration of Representative

**Caution:** *Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

a Attorney — a member in good standing of the bar of the highest court of the jurisdiction shown below.
b Certified Public Accountant — duly qualified to practice as a certified public accountant in the jurisdiction shown below.
c Enrolled Agent — enrolled as an agent under the requirements of Treasury Department Circular No. 230.
d Officer — a bona fide officer of the taxpayer's organization.
e Full-Time Employee — a full-time employee of the taxpayer.
f Family Member — a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
g Enrolled Actuary — enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).
h Unenrolled Return Preparer — an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation — Insert above letter (a-h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| b | PA | [signature] | 8/20/4 |
| | | | |
| | | | |

STF FED4676F.2

**National Prepay Wireless Service**

# Wireless Your Way.




- No long-term contract
- No domestic long distance charges
- No credit check
- Easy to refill

**veri onwireless**



# Take Control with Prepay Wireless.

With Prepay Wireless Service, you decide how much you want to spend on your wireless calls right from the start. You never have to sign a long-term contract. You can forget about monthly fees and bills. And domestic long distance is included in the Verizon Wireless National Prepay rate area, so you can take your phone anywhere in the country. Plus, you enjoy the high-quality network and coverage that you expect from the leader in wireless service—Verizon Wireless.

## Wireless Made Simple

Getting started with National Prepay Wireless Service couldn't be easier. It's the simple choice that delivers all the benefits of wireless calling with none of the hassles—no credit check, no long-term contract and no monthly fees. As your personal calling needs change, you simply purchase as much as you need on your Prepay card.

## Smart

Prepay Wireless Service automatically tells you how much time you have left to talk each time you place a call. And when you're running out of minutes, you'll hear a reminder tone four minutes before they expire. This tone will be repeated every minute thereafter, so you'll have time to end your call.

## Predictable

You'll know exactly what your costs will be—with no surprises. And because you purchase airtime minutes up front, you will never receive a wireless phone bill.

## Flexible

Prepay Wireless Service offers convenience and flexibility and makes your wireless costs easy to control. Enhanced services such as Voice Mail, Call Waiting and Caller ID† are even included at no extra charge.




† Not available in all areas.

## National Prepay Wireless Rates

| Pay | $30 | $50 | $75 | $150 |
|---|---|---|---|---|
| Talk* | 60 minutes | 125 minutes | 214 minutes | 750 minutes |
| Price Per Minute | 50¢ | 40¢ | 35¢ | 20¢ |
| Off-Network Per Minute Rate | 99¢ | 99¢ | 99¢ | 99¢ |
| Expiration (once initialized) | 60 days | 60 days | 60 days | 60 days |

*Talk time is an approximation based on usage on the Verizon Wireless network. Off-network calls will be billed at 99¢ per minute. Other charges will also decrease minutes.

### To Add More Prepay Minutes:

Visit a Verizon Wireless Communications Store, any other participating location, or our online store at www.verizonwireless.com, and simply buy and initialize another Prepay card.

Per-minute rates on the Verizon Wireless National Prepay Plan include roaming in all Verizon Wireless network cities and domestic long distance charges.

An account set-up fee of up to $35 may apply.

To carry your airtime minutes forward, simply buy and initialize another card before the expiration date.

Voice Mail deposits and retrievals are billed at regular airtime rates and will deplete minute allowance. If a caller reaches or leaves a message on your Voice Mail, it will deplete your minutes even if Voice Mail has not been activated.

International rate information is available by calling 1-877-777-7324.

411 Connect[sm] is available at up to 99¢ surcharge per call plus airtime.