ORIGINAL

FILED
DEC 1 9 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Docket No.** 07-888 T |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") respectfully submits this corporate disclosure statement. Although plaintiff is not a corporation, it is a partnership that is 100% owned by affiliates of Verizon Communications, Inc. and Vodafone Group, PLC. Verizon Communications, Inc. and Vodafone Group, PLC are publicly held corporations and, through their affiliates, each owns an interest in the plaintiff that equals or exceeds 10%.

Dated: December 19, 2007

Respectfully submitted,

Michael Quigley by Kathleen Pakenham

Michael Quigley
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
(202) 626-3600 (telephone)
(202) 639-9355 (facsimile)

Of counsel:

Kathleen Pakenham
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8324 (telephone)
(212) 354-8113 (facsimile)