IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CELLCO PARTNERSHIP<br>d/b/a VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 07-888 T<br>Chief Judge Edward J. Damich<br>ADR Judge Marian Blank Horn |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jennifer Dover Spriggs, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jennifer Dover Spriggs, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: January 2, 2008

s/Jennifer Dover Spriggs
JENNIFER DOVER SPRIGGS
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0840
Fax: (202) 514-9440