# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.**<br>* * * * * * * * * * * * * * * * * * * | **No. 07-888T**<br>**Filed: February 29, 2008**<br>**cc: Chief Judge Damich** |

**O R D E R**

As previously discussed with the parties, the ADR telephone conference originally scheduled for March 7, 2008 is **RESCHEDULED for Wednesday, March 26, 2008, at 2:30 p.m. E.S.T.** Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Quigley at (202) 626-3593, and Ms. Spriggs at (202) 307-0840. The parties should be prepared to discuss the possibility of resolving all or part of the case via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **March 19, 2008, at 12:00 p.m.** via fax (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order 44, found at the court's internet site: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**