# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, Plaintiff, v. UNITED STATES, Defendant. | * | No. 07-888T<br>Filed: April 3, 2008<br>cc: Chief Judge Damich |

## O R D E R

As a result of an enlargement of time to file an answer to the complaint, defendant's counsel requested that the initial ADR Conference also be moved. With the agreement of the parties, an initial ADR Conference is **SCHEDULED** for **Wednesday, April 9, 2008, at 2:30 p.m. DST**, instead of the previously set March 26, 2008 date. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Quigley at (202) 626-3593, and Ms. Spriggs at (202) 307-0840. The parties should consult before the conference, and be prepared to address the possibility of resolving all or part of the case via alternative means.

The parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Monday, April 7, 2008**, via facsimile no. (202) 357-6586. A sample ADR Confidentiality Agreement is attached to the court's General Order 44, found at the court's internet site: http://www.uscfc.uscourts.gov/adr.htm. The parties may make reasonable, appropriate changes to the sample ADR Confidentiality Agreement. A copy of this order is being provided to the Presiding Judge.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**