IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-888 T

(Chief Judge Edward J. Damich)

CELLCO PARTNERSHIP
d/b/a/ VERIZON WIRELESS,

Plaintiff

v.

THE UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, the United States respectfully moves for an enlargement of time of one day from April 8, 2008, to and including April 9, 2008, within which to file its answer or other response in the above-captioned case. This is the third enlargement of time requested for this purpose, the first two requests having been granted for a total of forty-nine days. [1]

In support of this motion, defendant states that based upon a telephone conference with counsel for plaintiff on April 7, 2008, defendant's trial attorney was made aware of several categories of documents that are not contained in the administrative file provided by the Internal

[1] This motion was not filed within the time frame set forth in the Court's Special Procedures Order because it was not until April 7, 2008, that defendant's counsel became fully aware of the extent to which the administrative file provided by the Internal Revenue Service is deficient.

Revenue Service in this action. As a result, additional time was spent contacting the Internal Revenue Service to discuss efforts to locate any additional files. This enlargement of time is requested in order to provide additional time to complete the answer and to allow additional time for review by the supervising attorney. Plaintiff's counsel has authorized us to state that plaintiff has no objection to the allowance of this motion.

WHEREFORE, defendant requests that its motion be granted.

Respectfully submitted,

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer

s/G. Robson Stewart

Of Counsel

April 8, 2008