# In the United States Court of Federal Claims

• * * * * * * * * * * * * * * * * * *

**CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

• * * * * * * * * * * * * * * * * * *

• **No. 07-888T - ADR**
• **Filed: April 14, 2008**
• **cc: Judge Damich**

## O R D E R

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic Referral Program and the undersigned is the ADR judge assigned to this case. The court held an Alternative Dispute Resolution (ADR) Conference in the above-captioned case on April 9, 2008, with the parties appearing by telephone.

After discussion of settlement prospects at the conference, the parties and the undersigned agreed to defer ADR until after initial legal issues in the case are resolved. The ADR Judge remains available at any time to resume ADR discussions. A copy of this order will be sent to the Presiding Judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**