IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-888 T

(Chief Judge Edward J. Damich)

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

APPENDIX TO
JOINT PRELIMINARY STATUS REPORT

# INDEX TO APPENDIX TO JOINT PRELIMINARY STATUS REPORT

| | | |
|---|---|---|
| Exhibit A. | Certificate of Assessments and Payments for tax period ending September 3, 2000, for Cellco Partnership (Verizon Wireless) . | A1 |
| Exhibit B. | Certificate of Assessments and Payments for tax period ending December 31, 2000, Cellco Partnership (Verizon Wireless) . . . . . . . . . | A5 |
| Exhibit C. | Certificate of Assessments and Payments for tax period ending September 30, 2001, Cellco Partnership (Verizon Wireless) . . . . . . . . | A9 |