# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 11, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

CELLCO PARTNERSHIP
VERIZON WIRELESS

For tax period(s) September 30, 2000
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

EXHIBIT
A

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-30-2000 | RETURN FILED<br>17420-316-98208-0 200048 | 37,288,249.91 | | 12-11-2000 |
| 07-12-2000 | FEDERAL TAX DEPOSIT | | 6,623,353.22 | |
| 07-26-2000 | FEDERAL TAX DEPOSIT | | 4,174,803.03 | |
| 08-01-2000 | RECEIVED POA/TIA | | | |
| 08-10-2000 | FEDERAL TAX DEPOSIT | | 7,281,892.35 | |
| 08-25-2000 | FEDERAL TAX DEPOSIT | | 5,800,529.01 | |
| 09-12-2000 | FEDERAL TAX DEPOSIT | | 8,003,031.10 | |
| 09-27-2000 | FEDERAL TAX DEPOSIT | | 5,404,641.20 | |
| 09-30-2003 | ADVANCE PAYMENT OF DEFICIENCY | | 658,422.27 | |
| 04-01-2004 | UPDATED POA/TIA | | | |
| 08-24-2004 | UPDATED POA/TIA | | | |
| 09-30-2003 | CORRECTION OF ADVANCED PAYMENT OF DEFICIENCY<br>720 200203<br>22-3372889 | | (658,422.27) | |

FORM 4340 (REV. 01-2002) PAGE 1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-02-2006 | CLAIM DISALLOWED<br>31454-747-98001-5 08 | | | |

FORM 4340 (REV. 01-2002) PAGE 2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2000

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S Nadermann

PRINT NAME: BEVERLY S. NADERMANN

TITLE: OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES

DELEGATION ORDER: SC-C 198 (REV. 8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 01/07/2008

FORM 4340 (REV. 01-2002) PAGE 3

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 11, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

CELLCO PARTNERSHIP
VERIZON WIRELESS

For tax period(s) December 31, 2000
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

EXHIBIT
tabbies
B

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 02-28-2001 | RETURN FILED<br>17420-027-97904-1 200106 | 39,699,509.21 | | 02-19-2001 |
| 08-01-2000 | RECEIVED POA/TIA | | | |
| 09-29-2000 | FEDERAL TAX DEPOSIT | | 5,613,336.66 | |
| 10-12-2000 | FEDERAL TAX DEPOSIT | | 1,824,796.24 | |
| 10-25-2000 | FEDERAL TAX DEPOSIT | | 5,443,455.99 | |
| 11-13-2000 | FEDERAL TAX DEPOSIT | | 7,648,104.87 | |
| 11-28-2000 | FEDERAL TAX DEPOSIT | | 5,680,235.43 | |
| 12-12-2000 | FEDERAL TAX DEPOSIT | | 8,081,841.31 | |
| 12-28-2000 | FEDERAL TAX DEPOSIT | | 5,407,738.71 | |
| 09-30-2003 | ADVANCE PAYMENT OF DEFICIENCY | | 752,482.58 | |
| 04-01-2004 | UPDATED POA/TIA | | | |
| 08-24-2004 | UPDATED POA/TIA | | | |
| 09-30-2003 | CORRECTION OF ADVANCED PAYMENT OF DEFICIENCY<br>720 200203<br>22-3372889 | | (752,482.58) | |

FORM 4340 (REV. 01-2002) PAGE 1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 01-02-2006 | CLAIM DISALLOWED<br>31454-747-98002-5 08 | | | |
| | ADDITIONAL TAX ASSESSED<br>17454-718-30001-7 20074708 | 0.00 | | 12-03-2007 |

FORM 4340 (REV. 01-2002) PAGE 2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: DEC 2000

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: BEVERLY S. NADERMANN

TITLE: OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES

DELEGATION ORDER: SC-C 198 (REV. 8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 01/07/2008

FORM 4340 (REV. 01-2002) PAGE 3

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: January 11, 2008

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed transcript(s) is(are) an exact transcript of the account of the Taxpayer named herein in respect to the taxes specified. It is a true and complete transcript for the period(s) stated of all assessments, abatements, credits, and refunds relating thereto as disclosed by the records of this office as of the date of this certification. It also contains a statement of all unidentified and advanced payments, if any, for the periods(s) stated.

CELLCO PARTNERSHIP
VERIZON WIRELESS

For tax period(s) September 30, 2001
Form 720
Certification of Assessment and Payments consisting of 3 page(s)
under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

EXHIBIT
C

Susan A. Hansen, Field Director
Cincinnati Submission Processing Center

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 11-30-2001 | RETURN FILED<br>17420-286-98610-1 200144 | 48,815,713.55 | | 11-12-2001 |
| 03-09-2001 | RECEIVED POA/TIA | | | |
| 07-11-2001 | FEDERAL TAX DEPOSIT | | 8,633,512.38 | |
| 07-25-2001 | FEDERAL TAX DEPOSIT | | 6,766,581.28 | |
| 08-10-2001 | FEDERAL TAX DEPOSIT | | 8,699,619.44 | |
| 08-27-2001 | FEDERAL TAX DEPOSIT | | 8,372,667.42 | |
| 09-12-2001 | FEDERAL TAX DEPOSIT | | 10,202,177.48 | |
| 09-25-2001 | FEDERAL TAX DEPOSIT | | 6,141,155.55 | |
| 01-12-2004 | PRIOR TAX ABATED<br>17454-757-15029-3 | 505,129.67- | | |
| 11-30-2001 | CREDIT TRANSFERRED<br>720 200106<br>22-3372889 | | (111,989.71) | |
| 11-30-2001 | CREDIT TRANSFERRED<br>720 200103<br>22-3372889 | | (188,680.13) | |
| 04-01-2004 | UPDATED POA/TIA | | | |

FORM 4340 (REV. 01-2002) PAGE 1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 08-24-2004 | UPDATED POA/TIA | | | |
| 11-30-2001 | OVERPAYMENT CREDIT TRANSFERRED 720 200203 | | (204,459.83) | |
| 04-30-2002 | INTEREST DUE TAXPAYER | | 5,316.23 | |
| 04-30-2002 | OVERPAYMENT INTEREST TRANSFERRED 720 200203 | | (5,316.23) | |
| 01-02-2006 | CLAIM DISALLOWED 31454-747-98003-5 08 | | | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT, CLOSED TO APPEALS PRIOR TO 90 DAY LETTER 17447-683-10018-7 20074208 | 0.00 | | 10-29-2007 |

FORM 4340 (REV. 01-2002) PAGE 2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

CELLCO PARTNERSHIP
VERIZON WIRELESS

EIN/SSN: 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

TYPE OF TAX: QUARTERLY FEDERAL EXCISE TAX RETURN
FORM: 720 TAX PERIOD: SEPT 2001

---

BALANCE 0.00

---

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED, AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

---

SIGNATURE OF CERTIFYING OFFICER: Beverly S. Nadermann

PRINT NAME: BEVERLY S. NADERMANN

TITLE: OPERATIONS MANAGER, ACCOUNTING CONTROL/SERVICES

DELEGATION ORDER: SC-C 198 (REV. 8)

LOCATION: INTERNAL REVENUE SERVICE

ACCOUNT STATUS DATE 01/07/2008

FORM 4340 (REV. 01-2002) PAGE 3