# In the United States Court of Federal Claims

No. 07-888 T
(Filed: January 4, 2008)

| | |
|---|---|
| ********************************** | |
| **CELLCO PARTNERSHIP** | * |
| **d/b/a VERIZON WIRELESS** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

**JOINT PRELIMINARY STATUS CONFERENCE ORDER**

A joint preliminary status conference concerning this case shall take place on **Monday, August 4, 2008 at 2:00 PM Eastern Time**. One business day before the conference, counsel shall call Ms. Ellan Jackson at (202) 357-6483 or email chambers (damich_chambers@ao.uscourts.gov) to provide the phone number where he or she can be reached and to inform the Court whether any others will be participating for that party (and, if so, their names and affiliations).

The conference will be on the record via audio recording unless either party requests that a reporter be present. Such a request must be made at least four business days in advance of the conference. The Court, however, strongly emphasizes its preference for audio recording of the conference and notes that the parties may order a written transcript at their own expense via a form located on the United States Court of Federal Claims website. Should the parties have any questions, they may contact law clerk Ernesto Sanchez at (202) 357-6486.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge