# In the United States Court of Federal Claims

No. 07-888 T
(Filed: August 4, 2008)

```
***********************************
CELLCO PARTNERSHIP                *
d/b/a VERIZON WIRELESS            *
                                  *
                   Plaintiff,     *
                                  *
        v.                        *
                                  *
THE UNITED STATES,                *
                                  *
                   Defendant.     *
                                  *
***********************************
```

## SCHEDULING ORDER

Pursuant to this afternoon's joint preliminary status conference, the Court acknowledges the parties' voluntary commencement of discovery given their oral stipulations that they had exchanged initial disclosures pursuant to RCFC 26(a)(1) as of June 30, 2008. The parties have also specified that they do not anticipate the use of expert witnesses. Officially, then, fact discovery will begin immediately and close on **Monday, December 1, 2008**. The parties shall also file a joint status report on or before **Friday, December 5, 2008**, explaining any plans to file dispositive motions, pursue settlement, or proceed to trial. The Court encourages the parties to contact the Court immediately should a need for expert witnesses arise.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge